**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GLENN NORMANDEAU, in his official capacity as Executive Director of the New Hampshire Fish and Game Department, *et al.*<br><br>Defendants. | Civil Action No. 1:18-cv-00996-PB |

**DECLARATION OF HEATHER A. GOVERN IN SUPPORT OF PLAINTIFF CONSERVATION LAW FOUNDATION'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Heather A. Govern, declare as follows:

1. I am a program director and a practicing attorney at Conservation Law Foundation, Inc. ("CLF" or "Plaintiff"). I am one of the attorneys representing CLF in this matter. I respectfully submit this declaration in support of CLF's Motion for Summary Judgment in the above-referenced matter.

2. Conservation Law Foundation is a nonprofit, member-supported organization dedicated to protecting New England's environment.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the Final September 2019 Merrymeeting River Watershed Management Plan for the Cyanobacteria Mitigation Steering Committee of New Durham/Alton prepared by FB Environmental Associates.

4. Attached hereto as Exhibit 2 is a true and accurate copy of a United States Geological Survey map of Merrymeeting Lake and the Merrymeeting River accessed at https://viewer.nationalmap.gov on November 27, 2019.

5. Attached hereto as Exhibit 3 is the National Pollution Discharge Elimination System ("NPDES") Permit NH0000710 authorizing New Hampshire Fish and Game Department to discharge from Powder Mill State Fish Hatchery.
6. Attached hereto as Exhibit 4 is a true and accurate copy of the September 2019 Best Management Practices Plan for Powder Mill State Fish Hatchery.
7. Attached hereto as Exhibit 5 is a true and accurate copy of photos of Powder Mill State Fish Hatchery taken by Plaintiff on September 24, 2019.
8. Attached hereto as Exhibit 6 is a true and accurate copy of the Expert Opinion of R. Wane Schneiter, Ph.D., P.E.
9. Attached hereto as Exhibit 7 is (1) a true and accurate copy of Discharge Monitoring Reports from the Powder Mill State Fish Hatchery disclosed to Plaintiffs by the Environmental Protection Agency as the result of a Freedom of Information Act request, and (2) Pollutant Loading Reports for Powder Mill State Fish Hatchery downloaded from the Environmental Protection Agency's Enforcement and Compliance History Online website on November 26, 2019 and November 27, 2019.
10. Attached hereto as Exhibit 8 is a true and accurate copy of the transcript from the November 13, 2019 deposition of Matthew Pehrson.
11. Attached hereto as Exhibit 9 is a true and accurate copy of the transcript from the September 20, 2019 deposition of Jason Smith.
12. Attached hereto as Exhibit 10 is a true and accurate copy of National Institute of Health's "Formaldehyde" website, available at https://www.niehs.nih.gov/health/topics/agents/formaldehyde/index.cfm.

13. Attached hereto as Exhibit 11 is a true and accurate copy of the transcript from the September 24, 2019 deposition of Matthew Pehrson.

14. Attached hereto as Exhibit 12 is a true and accurate copy of the transcript from the October 10, 2019 deposition of Michael Gelinas.

15. Attached hereto as Exhibit 13 is a true and accurate copy of the declaration of Michael Gelinas.

16. Attached hereto as Exhibit 14 is a true and accurate copy of a July 16, 2018 correspondence from Edward J. Malone, Superintendent of Powder Mill State Fish Hatchery to Joy Hilton (USEPA), Teresa Ptak (NHDES), and Jocelyn Henry (NHDES).

17. Attached hereto as Exhibit 15 is a true and accurate copy of the Expert Opinion of J.E. Jack Rensel, M.Sc., Ph.D.

18. Attached hereto as Exhibit 16 is a true and accurate copy of a photo taken by Michael Gelinas and disclosed as CLF's 3328 as part of a PowerPoint presentation.

19. Attached hereto as Exhibit 17 is a true and accurate copy of a Cyanobacteria Blooms FAQ released by the Center for Disease Control's National Center for Environmental Health.

20. Attached hereto as Exhibit 18 is a true and accurate copy of EPA's "Health Effects from Cyanotoxins" website, available at https://www.epa.gov/cyanohabs/health-effects-cyanotoxins.

21. Attached hereto as Exhibit 19 is a true and accurate copy of the 2016 list of threatened or impaired waters in New Hampshire that require a TMDL.

22. Attached hereto as Exhibit 20 is a true and accurate copy of the impairments added to the 2013 303(d) list of threatened or impaired waters in New Hampshire.

23. Attached hereto as Exhibit 21 is a true and accurate copy of public cyanobacteria advisories, including a photo of a cyanobacteria advisory sign and cyanobacteria lake warnings published by NHDES.

24. Attached hereto as Exhibit 22 is a true and accurate copy of the declaration of Arthur W. Hoover.

25. Attached hereto as Exhibit 23 is a true and accurate copy of the declaration of Fred W. Quimby.

26. Attached hereto as Exhibit 24 is a true and accurate copy of the declaration of R. Wane Schneiter.

27. Attached hereto as Exhibit 25 is a true and accurate copy of correspondence from Edward J. Malone, Superintendent of Powder Mill State Fish Hatchery to Joy Hilton (USEPA), Teresa Ptak (NHDES), and Jocelyn Henry (NHDES) describing pH limit exceedances at the Powder Mill Fish Hatchery.

28. Attached hereto as Exhibit 26 is a true and accurate copy of the New Hampshire Fish and Game Department's pH Bench Sheet for NPDES analysis and Powder Mill State Fish Hatchery's Discharge Monitoring Reports ("DMRs") from August 2013 for Outfall 001 and 002, from September 2013 for Outfall 001 and 002, from October 2013 for Outfall 001, from November 2013 for Outfall 001, and from July 2014 for Outfall 001.

29. Attached hereto as Exhibit 27 is a true and accurate copy of the pH section of EPA's "Caddis Volume 2 - Sources Stressors Responses" website, available at https://www.epa.gov/caddis-vol2/caddis-volume-2-sources-stressors-responses-ph.

30. Attached hereto as Exhibit 28 is a true and accurate copy of a diagram taken from a scientific paper by scientists from Denmark's National Environmental Research Institute

entitled "Retention and Internal Loading of Phosphorus in Shallow, Eutrophic Lakes" and published in The Scientific World in 2001.

31. Attached hereto as Exhibit 29 is a true and accurate copy of two diagrams from 2006 Lakes of Missouri Volunteer Program Newsletter accessible at www.lmvp.org/Waterline/fall2006/pwithin.html.

32. Attached hereto as Exhibit 30 is a true and accurate copy of the "loads hauled" log, produced by Defendants as "State's 005729."

33. Attached hereto as Exhibit 31 is a true and accurate copy of the Declaration of Alex Charnov in Support of Plaintiff's Motion for Summary Judgment.

34. Attached hereto as Exhibit 32 is a true and accurate copy of the chart summarizing the frequency of raceway cleaning at Powder Mill State Fish Hatchery in 2019.

35. Attached hereto as Exhibit 33 is a true and accurate copy of charts produced by Defendants in discovery that show monthly data about each species and strain of fish raised at the Powder Mill State Fish Hatchery, including data about the feeding, mortality, and location of fish.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2019

*<u>/s/ Heather A. Govern</u>*
Heather A. Govern, *Admitted Pro Hac Vice*
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2019, the foregoing Declaration was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Heather A. Govern*
Heather A. Govern