**EXHIBIT 6**

**EXPERT OPINION (REVISED)**
**POWDER MILL STATE FISH HATCHERY**

**R. Wane Schneiter, Ph.D., P.E.**

## I. DOCUMENTATION

Documents provided to me that I have reviewed and primarily relied upon in forming my opinion are the following:

1. Ambient Water Quality Criteria Recommendations, EPA 822-B-01-015, December 2001
2. Probable cost sheet for Powder Mill SFH prepared by FishPro, 19 June 2002
3. Final Report, New Hampshire Hatchery System Evaluation, July 2002
4. NPDES Permit NH0000710 for Powder Mill SFH, signed 22 December 2011
5. Letter from Town of New Durham to USEPA, 25 September 2016
6. BMP Plan for Powder Mill Fish Hatchery, October 2016
7. Letter with attachment from Town of New Durham to USEPA, 8 November 2016
8. Email from Fred Quimby to Matt Cochran, 16 November 2017
9. Summary Opinion prepared by HDR, 23 February 2018
10. Letter from NHF&GD to Town of New Durham, 28 November 2018
11. Letter from Town of New Durham to NHF&GD, 31 December 2018
12. Merrymeeting River & Lake – Lake Loading Response Model Report, March 2019
13. Letter from HDR to NHF&GD, 19 March 2019
14. Email from Fred Quimby to Jason Smith with Convergent Technologies Proposal, 26 March 2019
15. First Amended Complaint Case No. 1:18-cv-00996, CLF v. NHF&GD et. al., 27 March 2019
16. Letter from NHF&GD to Governor Sununu with attachment, May 2019
17. Email from Jason Smith to Haley Franz et. al., 31 May 2019
18. Presentation slides prepared by Mike Gelinas, 26 June 2019
19. BMP Plan for Powder Mill Fish Hatchery, September 2019
20. Deposition of Matthew Pehrson, 23 September 2019

In addition to the documents reviewed, my understanding of Powder Mill State Fish Hatchery (PMSFH or hatchery) is informed by a site visit on 24 September 2019.

## II. QUALIFICATIONS

I hold a Ph.D. degree in Environmental Engineering from Utah State University (1982) and have been a licensed professional engineer since 1984. My professional work history is summarized in the attached C.V. My C.V. also includes a full list of my publications, a sampling of theses that I have advised, professional engineering projects for which I have served as a consultant, and cases in which I have been deposed as an expert.

Over my 35-year career, I have worked as an environmental engineer, professor, researcher, and consultant and been employed by environmental engineering firms at the level of Principal Engineer. For 26 years I taught courses addressing the design and operation of wastewater treatment systems. I have written six books that are used to prepare for the Environmental Professional Engineer examination, one in its second edition and another in its third. My experience includes work on a wide spectrum of industrial and municipal wastewater treatment projects, numbering over one hundred.

Plaintiff has retained me to advise them regarding the treatment of PMSFH wastewater, emphasizing control of phosphorous discharges to Merrymeeting River. Plaintiff has agreed to compensate me at a rate of $200 per hour for my work and testimony in this case, and to reimburse me for all direct expenses incurred as part of that work.

## III. FACILITY DISCHARGE

### 1. Background

Powder Mill State Fish Hatchery operates under an NPDES permit. The permit requires routine monitoring of a variety of parameters describing wastewater characteristics but does not define effluent limits for nutrients, although numeric standards are currently under development. The permit requires a Best Management Practices (BMP) plan upon which PMSFH is to rely for controlling waste discharges, primarily fish feces and uneaten fish food, to Merrymeeting River.

Monitoring results from April 2005 through November 2010 show PMSFH average monthly flow from combined Outfalls 001 and 002 varied between 0.4 to 20 MGD, but were typically less than 5 MGD. Monitoring results from April 2013 through February 2019 show monthly flows varying between 1 to 6 MGD. Current average annual flow is reportedly near 6.5 MGD.

Phosphorous levels varied between 0.01 and 0.06 mg/L (10 and 60 µg/L) for the 2005 to 2010 period, and between 0 and 0.037 mg/L (0 and 37 µg/L) for the 2013 to 2019 period. Ambient phosphorous levels upstream of PMSFH were measured at 6 µg/L during the period from May 2017 through February 2018, and phosphorous levels measured in Merrymeeting Lake as part of a multi-year assessment had historically been within the range of 3 to 5 µg/L as of September 2016. Phosphorous mass loading to Merrymeeting River varies from season-to-season.

Other contaminants of potential concern include ammonia nitrogen at 0.0 to 0.8 mg/L and BOD at 0.0 to 30 mg/L (2.32 mg/L long term average), although concentrations of these parameters are already near or below potential numeric discharge standards.

### 2. Opinion: Concentration Alone is a Poor Indicator of Effluent Impacts

I conducted the analysis presented in Table 1 using the reported flow rates and phosphorous concentrations from the hatchery outfalls for 2005-2010 and 2013-2019 and an ambient lake phosphorous concentration of 6 µg/L. The analysis presents the approximate daily mass of phosphorus from the hatchery outfalls added to Merrymeeting River and the percent increase in phosphorous loading to the river from hatchery operations.

Table 1. Approximate Daily Mass of TP to Merrymeeting River from PMSFH

| Flow, MGD | Effluent TP, mg/L | Effluent TP[a], lbs/d | TP Load before PMSFH[b], lbs/d | TP Added by PMSFH[c], lbs/d | Increased TP Load to River from PMSFH, % |
|---|---|---|---|---|---|
| 3 | 0.06 | 1.50 | 0.33 | 1.18 | 362 |
| 3.5 | 0.06 | 1.75 | 0.33 | 1.43 | 438 |
| 4 | 0.055 | 1.83 | 0.33 | 1.51 | 464 |
| 4.5 | 0.055 | 2.06 | 0.33 | 1.74 | 535 |
| 5 | 0.05 | 2.09 | 0.33 | 1.76 | 541 |
| 5.5 | 0.04 | 1.83 | 0.33 | 1.51 | 464 |
| 6 | 0.04 | 2.00 | 0.33 | 1.68 | 515 |
| 6.5 | 0.035 | 1.90 | 0.33 | 1.57 | 483 |

a. Calculated from flow and effluent TP concentration
b. Calculated from flow and Merrymeeting Lake TP concentration
c. Difference between effluent TP and TP load before hatchery

Table 1 illustrates how the relationship between flow rate and concentration influences the mass of phosphorous discharged to the river. The table shows that concentration alone is misleading; a lower concentration discharged at a higher flow rate may result in the same mass of phosphorous discharged as would a higher concentration at a lower flow rate. The most informative measure of phosphorous discharge is based on mass per time (mass loading). The table also illustrates that concentrations can be manipulated by increasing or decreasing flow. If PMSFH wanted to decrease the concentration of phosphorous in the discharge rather than treat to remove phosphorous, they could simply increase flow. Such an action would not decrease the amount of phosphorous discharged to the river.

## IV. BMP PLAN

### 1. Background

The BMP plan of September 2019 describes the waste management strategy as follows:

- Feed selection
- Feed strategy
- Solids collection from quiescent zones
- Vacuum collection of settled solids
- Vacuumed solids settling and storage in converted circular tanks
- Land disposal of stored solids

The September 2019 BMP plan updates the October 2016 plan by replacing the bass ponds with the converted circular tanks. The converted circular tanks are intended to provide a treatment function, as discussed in the following section of this report.

A BMP plan was required in the December 2011 NPDES permit and, by reference, in the 2005 NPDES permit. Assuming the BMP plan strategies were consistent from permit to permit, the 2019 waste management strategy has apparently been the primary mechanism for controlling phosphorous discharges to the Merrymeeting River for nearly 15 years, if not longer. The hatchery was constructed in 1947 with upgrades in the 1970s and 1990s.

**2. Opinion: The BMP Plan is Ineffective in Controlling Phosphorous Discharges**

The ineffectiveness of the BMP plan for controlling phosphorous discharges to Merrymeeting River has been recognized by the New Hampshire Fish & Game Department (NHF&GD) and other interested parties since before 2002 when FishPro (now HDR) submitted a report outlining infrastructure improvements, including those for wastewater treatment. My opinion is that the ineffectiveness of the BMP plan is evident based on the following:

- Monitoring results over a span of many years presented in the DMRs that have shown phosphorous concentrations in Merrymeeting River downstream of the hatchery outfalls as much as ten times greater than upstream ambient concentrations.
- The March 2019 Response Model Report that concludes that degradation of water quality in the Merrymeeting River is “largely” the result of the PMSFH point source discharge.
- The fact that the NHF&GD commissioned FishPro to prepare the July 2002 report outlining treatment measures to control phosphorous discharges to Merrymeeting River.

## V. INTERIM MEASURES

**1. Background**

The FishPro 2002 report recommended, at a minimum, the purchase of a vacuum truck and equipment to remove solids from raceways. This was intended to serve as an interim measure until a wastewater treatment system was constructed. The FishPro report noted that the vacuum system was labor intensive, but recommended it as a stop-gap measure until the design and construction of a permanent wastewater management solution was possible (projected to be within two to three years). In 2019, 17 years after FishPro made their recommendations, the hatchery is still using the vacuum system as their primary wastewater treatment strategy. FishPro recommended off-site land disposal of the solids.

The budget for the vacuum system was $68,750 (2002). The vacuum system was included as a control strategy in the 2016 BMP plan.

In a letter to the Town of New Durham dated 28 November 2018, the NHF&GD outlined interim corrective measures to address water quality concerns in the Merrymeeting River. These measures were:

- Relocate the landlocked salmon operations to the US Fish and Wildlife Service hatchery in Nashua.
- Commission HDR to resurrect the July 2002 report and prepare a 15% conceptual design to construct a wastewater effluent treatment system at PMSFH, with construction to occur in fiscal years 2022 and 2023.
- Place restrictions on phosphorous content in fish feed effective for the 2019 bid cycle (since feed selection was already a strategy included in the 2016 BMP plan).

During the spring and summer of 2019, PMSFH personnel initiated interim treatment measures that involved converting circular raceways to a system intended to control nutrient discharges from wastewater by receiving solids collected during vacuum cleaning operations.

The interim system uses three converted circular raceways for wastewater pretreatment. The intended purpose of the converted circular raceways is to settle solids and encourage biological activity to up-take phosphorous. Effluent from the converted raceways is discharged to a leach field for infiltration into soil and groundwater.

**2. Opinion: Interim Measures Have Been Ineffective in Controlling Phosphorus Discharges Because They Cannot Remove Fish Feed and Waste Before They Dissolve**

Like the BMP plan, which included some of the interim measures, interim measures up until the summer of 2019 have not proven effective in controlling phosphorous discharges to the Merrymeeting River. The evidence for this is the same as that discussed for the BMP plan.

These interim measures are overdue. If the concern with phosphorous in fish feed was known at least as early as October 2016 (the publication date of the BMP plan), PMSFH should not have waited until the 2019 bid cycle to address it. Action to minimize phosphorous in fish feed to more closely match fish nutritional requirements should have occurred years earlier.

Phosphorous concentrations are correlated with solids in the water, primarily fish feces and unconsumed fish feed. The longer the solids remain in the water, the more the phosphorous in the solids will dissolve and find its way to the outfall.

In both hatchery wastewater and municipal wastewater, much higher removal efficiencies occur when the solids can be separated from the water as near to the time they are generated as possible. “Aged” solids are depleted in phosphorous, whether from municipal or aquaculture sources. Only 10% to 20% of phosphorous is removed by primary clarification in municipal systems. Most phosphorous in domestic wastewater originates from human waste (just as fish feces is a major contributor to phosphorous in hatchery wastewater) and to a lesser degree from phosphorous-containing household products. The wastewater treated by primary clarification in a municipal system would have originated hours before reaching the treatment plant and after flowing some miles through a sewer system. Consequently, much of the phosphorous originally bound in the human waste will have dissolved by the time it reaches the treatment plant. The phosphorous in fish waste is subjected to similar action and will also dissolve quickly as it moves through the hatchery. This is why rapid removal of the solids was highlighted as an important provision of the FishPro 2002 report recommendations.

Because the phosphorous in the solids generated by fish feces and feed in the hatchery dissolve into the water, a periodic vacuum system removal regime occurring once a week at most is a wasted effort. By the time the solids are removed, the majority of the phosphorous they originally contained has dissolved into the water. The longer the solids are allowed to stay in the wastewater, the higher the percentage of phosphorous will be dissolved. After a few hours, the opportunity to remove significant quantities of the phosphorous-containing solids is lost.

**3. Opinion: The Interim System is Poorly Designed so Biological Treatment is Not Occurring**

Two general options exist for phosphorous removal from wastewater: biological and chemical. Biological systems have been in use since antiquity. Thousands of municipalities and businesses in the U.S. use wastewater treatment lagoon systems that are similar in concept to the interim biological system implemented by PMSFH employees, but designed and operated based on years of practice. Phosphorous removal in these systems is typically capped at about 50%; as much as 10% to 20% of phosphorous can be removed from solids settling while the lagoon systems capture another 30% to 40% of the phosphorous dissolved in the water. If higher phosphorous removal efficiencies are necessary, these lagoon systems use chemical augmentation methods. The FishPro report recommends chemical precipitation for phosphorous removal as a separate process distinct from biological treatment.

Biological systems can be designed and operated to achieve over 90% phosphorous removal. However, these are capital intensive and require a sequence of bioreactors each with a specific function. The interim system at PMSFH has no resemblance to these high efficiency systems.

One claimed benefit of the interim system is removal of nitrogen through denitrification. The primary form of nitrogen in PMSFH wastewater is ammonia. Ammonia is converted to nitrite and nitrate through the aerobic biological process of nitrification. This may be occurring in the interim treatment system. Following nitrification, nitrites and nitrates are converted to nitrogen gas[1] through the anaerobic biological process of denitrification. It is unlikely that conditions exist in the interim system for denitrification to occur.

The discharge from the interim system is to soil and groundwater through an infiltration bed. With the interim system, no water from the solids removal activities is directly discharged to Merrymeeting River. In this way, the interim removal system is effectively a septic tank.

**4. Opinion: Only About 0.15% of the Total Flow is Diverted to the Interim System**

The vacuum system accounts for about 10,000 gallons/day (GPD) or about 0.15% of the total 6.5 MGD flow. Even if the vacuum system was effective, very little water is being treated and the impact on phosphorous loading to the river in negligible. This is illustrated in Table 2, which was adapted from Table 1. In general, it may be concluded that by virtue of the leach field, the interim treatment system may reduce the phosphorous load to the river by about 0.003%.

Table 2. Interim Measures' Effectiveness at Reducing Phosphorous Load to the River

| Total Flow, MGD | Treated Flow, MGD | Effluent TP based on Total Flow, lbs/d | Effluent TP based on Treated Flow, lbs/d[a] | Decrease TP Load to River from Treatment, % |
|---|---|---|---|---|
| 3 | 0.01 | 1.50 | 0.005 | 0.0033 |
| 3.5 | 0.01 | 1.75 | 0.005 | 0.0029 |
| 4 | 0.01 | 1.83 | 0.005 | 0.0027 |
| 4.5 | 0.01 | 2.06 | 0.005 | 0.0024 |
| 5 | 0.01 | 2.09 | 0.005 | 0.0024 |
| 5.5 | 0.01 | 1.83 | 0.005 | 0.0027 |
| 6 | 0.01 | 2.00 | 0.005 | 0.0025 |
| 6.5 | 0.01 | 1.90 | 0.005 | 0.0026 |

a. Assumes 0.06 mg/L phosphorous concentration.

The FishPro 2002 report and HDR's subsequent proposals envision treating all of the water flowing through the hatchery. I agree with this recommendation.

The limitations of the vacuum system have historically been compounded because, before the 2019 interim system, the vacuumed solids were sent to a settling pond. This is problematic for two reasons. First, washout of vacuumed solids in the settling pond has been observed and reported recently, suggesting to me that it may have been recurring for some time. Observations by Mike Gelinas in November 2016 suggested that the solids in the settling ponds were being re-suspended by inflow and washed into the river. Secondly, any supernatant water discharged from the settling ponds contained

[1] Nitrogen gas comprises about 80% of air.

more phosphorous than did the solids, as a result of the same processes as discussed above. The settling ponds likely had very little or no impact on reducing the phosphorous discharge to Merrymeeting River.

Given that the problems with phosphorous at PMSFH have been known for some time and that control measures were discussed in the FishPro 2002 report, efforts to identify and implement interim actions beyond the vacuum system to control phosphorous discharges should have occurred years earlier. This is especially the case since none of the interim or long-term corrective measures are innovative. On the contrary, the technology has been available for decades. It is noteworthy that in spite of the labor-intensive nature of the vacuum system, it has remained the primary method for controlling phosphorous discharges from the hatchery since 2002. All the manpower expended was essentially wasted effort.

## VI. IMPROVEMENTS

### 1. Background

In November 2017, a need to commission a 15% concept design for wastewater treatment was discussed at a meeting of the New Durham Water Quality Committee. In a letter to the Town of New Durham dated 28 November 2018, the NHF&GD indicated that they were in the preliminary stages of hiring HDR to prepare the 15% design, hoping to receive budget appropriations for capital improvements in the state 2022 and 2023 fiscal years. In a letter responding to the NHF&GD dated 31 December 2018, the Town of New Durham expressed their belief that the 15% design should be based on a ≤ 10 µg/L limit for phosphorous. The 10 µg/L limit originates with the USEPA and is based on the 25th percentile calculated for all four seasons of a reference stream population. The 10 µg/L limit is a reasonable treatment target for Merrymeeting River given the reported ambient upstream phosphorous concentration of 6 µg/L.

The July 2002 FishPro report reviewed several alternatives for fisheries wastewater treatment, classified as Tier 1 and Tier 2 priorities. It appears that some of the Tier 1 work involving the raceway vacuum system was completed since a vacuum system is now in use. Other than the vacuum system, none of the Tier 1 or Tier 2 work has been completed. The July 2002 report included budget estimates of $68,750 for the vacuum system, $673,750 for other Tier 1 work, and $378,125 for Tier 2 work (not adjusted for inflation). Adjusted for inflation, the total Tier 1 and 2 budget is about $1.5M. Many of the 2002 FishPro technologies were also included in the HDR Summary Opinion of February 2018. The recommended technologies included in the HDR Summary Opinion are:

- Enhance raceways to make them continuously self-cleaning
- Combine Outfalls 001 and 002 into a single outfall at Outfall 001
- Add micro-screens to continuoulsy remove solids from water flowing from the self-cleaning raceways
- Install clarifiers to precipitate solids and phosphorous, using chemical coagulants, from the micro-screen backwash water
- Construct a sludge storage tank to hold solids removed from the clarifier

### 2. Opinion: PMSFH Should Follow HDR's Recommendations

I agree with the approach outlined in the February 2018 HDR Summary Opinion and 19 March 2019 letter and consider the approach and the recommended technologies to reflect good engineering practice. The options discussed in the 2002 FishPro report and the HDR Summary Opinion are typical of those used for controlling solids and phosphorous in wastewater effluents, consistent with the variability of the wastewater characteristics, can be adapted to cold weather operation, and are applicable to PMSFH wastewater. Nevertheless, further investigation of alternatives may reveal other technologies or processes

to optimize overall performance besides those proposed by HDR. For example, in an email dated 26 March 2019, Fred Quimby shared a concept proposal for a technology marketed by Convergent Water Technologies. The technology claims high phosphorous removal efficiencies using their proprietary Bold & Gold® filtration media. This system, among others, may emerge as preferred alternatives, or could be adapted to enhance the actions currently proposed by HDR.

For treatment to be effective and reliable, especially if limits are near 10 µg/L, the entire flow through the hatchery will require treatment, which is what the FishPro 2002 report and HDR proposed. These actions are listed in the previous section.

The completion of the 15% design would provide answers to the basic questions of an appropriate treatment system with associated unit processes and estimated construction costs. The 15% design will form the formal basis of design of the new wastewater treatment system.

It is noteworthy that the treatment approach proposed in the FishPro July 2002 report, with little modification, is the same treatment approach proposed by HDR in 2018, with active discussion for funding it still ongoing today. The NHF&GD hope to receive budget appropriations for state fiscal years 2022 and 2023. This means that construction will occur more than 20 years after the FishPro 2002 report identifying nearly the same treatment strategies as currently proposed by HDR, assuming the 2022-2023 schedule holds. The technology has been available since well before 2002, as has the recognition of the need to treat the wastewater. The failure to implement treatment is not a technology issue. If funding were available, the treatment system could be constructed in 12 to 18 months.

HDR has indicated in a 19 March 2019 letter that the 15% design could be completed in 120 days after receiving authorization to proceed at a cost of $68,845. In May 2019, the NHF&GD submitted a sole source contract budget request of $13,760 to Governor Sununu for HDR to provide the 15% design. The budget request was for the 2020 fiscal year and was substantially below the $68,845 budget that HDR included with their 19 March 2019 proposal. I have not seen documentation discussing this budget disparity and its impact of completing the 15% report.

R. Wane Schneiter — 14 October 2019 (Date)