**EXHIBIT 9**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * *

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. | Civil Action No. 1:18-CV-00996-BB |
| v. | |
| NEW HAMPSHIRE FISH AND GAME DEPARTMENT, ET AL. | |

* * * * * * * * * * * * * * *

DEPOSITION OF JASON SMITH

Deposition taken at Conservation Law Foundation, Inc., 27 North Main Street, Concord, New Hampshire, on Friday, September 20, 2019, commencing at 11:05 a.m.

Court Reporter:

Pamela A. Nostrand, LCR, No. 82
(RSA 310-A:179)

I N D E X

WITNESS: Jason Smith


| EXAMINATION BY: | Page | Line |
|---|---|---|
| Ms. Govern | 5 | 14 |


INDEX TO PLAINTIFF'S EXHIBITS*


| Description | | Page | Line |
|---|---|---|---|
| Smith | | | |
| Exhibit 1 | Letter dated 11/16/17 | 16 | 18 |
| Exhibit 2 | Fish Culture News October/November/December 2017 | 21 | 23 |
| Exhibit 3 | Powder Mill September 2017 chart | 22 | 3 |
| Exhibit 4 | 2 Photographs | 26 | 10 |
| Exhibit 5 | Letter dated 7/16/18 | 26 | 12 |
| Exhibit 6 | Fish Culture News, January/February, March 2018 | 35 | 9 |


(Continued...)

INDEX TO PLAINTIFF'S EXHIBITS (CONT'D.)


| Description | | Page | Line |
|---|---|---|---|
| Smith | | | |
| Exhibit 7 | Undated letter | 35 | 12 |
| Exhibit 8 | Letter dated 2/8/19 | 42 | 19 |
| Exhibit 9 | E-mails dated 3/28/19 | 49 | 4 |
| Exhibit 10 | Powder Mill Existing Site Plan | 53 | 23 |
| Exhibit 11 | Merrymeeting River & Lake Watershed Management Plan dated September 2019 | 81 | 2 |
| Exhibit 12 | E-mails dated 10/2/18 | 91 | 10 |
| Exhibit 13 | Photograph | 100 | 3 |


* Original exhibits returned to Attorney Govern

A P P E A R A N C E S:

CONSERVATION LAW FOUNDATION
Attorneys for Plaintiff
62 Summer Street
Boston, Massachusetts 02110
BY: HEATHER A. GOVERN, ESQ.
Tel: (617) 850-1765
E-mail: Hgovern@clf.org

DEPARTMENT OF JUSTICE
Attorneys for Defendants
Office of the Attorney General
33 Capitol Street
Concord, New Hampshire 03301-6397
BY: CHRISTOPHER G. ASLIN, ESQ.
Tel: (603) 271-1270
E-mail: Christopher.aslin@doj.nh.gov

ALSO PRESENT:

TOM IRWIN, ESQ.
ROHEMIR RAMIREZ, ESQ.
CHELSEA KENDALL, LEGAL FELLOW

STIPULATIONS

It is agreed that the deposition shall be taken in the first instance in stenotype and when transcribed may be used for all purposes for which depositions are competent under the Federal Rules of Civil Procedure.

Notice, filing, caption and all other formalities are waived. All objections except as to form are reserved and may be taken in court at time of trial.

It is further agreed that if the deposition is not signed within thirty (30) days after submission to counsel, the signature of the deponent is waived.

JASON SMITH,

having been duly sworn by Ms. Nostrand,

was deposed and testified as follows:

EXAMINATION

BY MS. GOVERN:

Q Good morning, Jason.

A Hello.

Q Could you state your full name for the record, Jason?

A My name is Jason Smith.

Q Jason, is it okay if I call you Jason?

A Yep.

Q You're aware you're being deposed in the case of Conservation Law Foundation vs. New Hampshire Fish and Game, et al.?

A I am.
Q Have you ever had your deposition taken before?
A No.
Q So because of that, I'm just going to walk through some of the ground rules of questions being asked and answers being given.
First, I'll start with the fact that I'm going to ask you questions in this deposition and you are going to be answering them under oath. Do you understand this?
A I do.
Q There are a few differences between a deposition and a typical conversation where the court reporter is attempting to transcribe everything we say so in a normal conversation folks talk over each other, but in this instance, it's important that we wait for each other to finish both asking a question and then answering a question before the other begins talking. Do you understand this?
A I do.
Q And since there's an oral transcription no

questions can be answered with head nods or gestures and everyone tries not to use words other than yes and no, so no "uh-huh," "mm-hmhs." Every answer needs to be verbal. Do you understand this?
A I do.
Q Is there any reason, such as being under any unusual stress or physical or mental condition or being under the influence of any substances, that would prevent you or limit you from giving truthful answers to my questions today?
A No.
Q Okay. There's nothing wrong with you asking me to repeat a question or explain a term if you don't understand my question, but if you answer the question, I'm going to assume that you understood it. Do you understand that?
A I do.
Q If you need clarification of my question you should ask me for clarification and not anyone else and then I'll either clarify or rephrase the question for you. Do you understand this?
A I do.
Q Okay. Sometimes I might ask you a

question and you're not sure of the answer but you could reference a document, maybe a document we have here or something that's been brought by Chris Aslin and you can answer the question with certainty after you reference it. Do you understand this?

A I do.

Q Okay. We might as well get started. So, Jason, tell me how did you prepare for this deposition?

A I spent a little time looking over some of the notes and correspondence I had regarding this issue.

Q Okay. Were there certain documents you can recall that you looked at?

A I didn't look at anything specifically. I just compiled some folders I had on my desktop regarding the issue.

Q Any specific reports, recent reports?

A I looked over the draft wastewater management plan report.

Q Did any of the attorneys representing New Hampshire Fish and Game speak with you prior to the

deposition?

A Yes, Chris did.

Q Do you recall how many meetings or calls you had regarding --

A I don't recall specifically.

Q So, Jason, who is your employer?

A I work for the State of New Hampshire Fish and Game Department.

Q What is your title?

A My current title is chief of inland fisheries.

Q Tell me a little bit about your training and background.

A My background, I went to the University of New Hampshire. I have a bachelor's degree in marine and freshwater biology. I started working for the department in 1996 on the construction crew, spent 10 years working at various hatcheries. I then became the hatchery supervisor for three years and I've since moved on to overseeing all the inland fisheries programs for the State of New Hampshire.

Q Have you worked in any other state?

A I have not.
Q So tell me a little bit about your training on working with wastewater treatment systems.
A While I was employed in the hatcheries, one of the requirements was to become a wastewater treatment operator so I took wastewater treatment operator training and was certified back in around 2004, but I don't do a lot of hands-on stuff anymore.
Q Do you have to re-up the certification?
A Every two years.
Q Is that a state certification, federal, how does that work?
A It's through the environmental services water division.
Q Water division of the state?
A Yes.
Q Okay. So tell me what your role is at the Powder Mill Hatchery.
A I supervise the activities of the hatchery and the operation.
Q The entire hatchery?

A Not the day-to-day operations, more of an administrative role.
Q Okay. So walk me through what your day is like.
A I primarily work out of fisheries headquarters as the office administrator. I don't speak with hatchery staff every day. I probably get out to the hatcheries a couple of days a month, but primarily, it's very hands-off at the moment. I help the guys out ordering supplies, making operational decisions and things of that nature.
Q You mentioned that you get out to the hatcheries a few times a month. How often are you at the Powder Mill Hatchery, would you say?
A It varies. Recently, probably every couple of weeks.
Q Okay. Who do you supervise?
A At Powder Mill?
Q Yes.
A I directly supervise Edward Malone who is the hatchery superintendent.
Q Does anyone else supervise Edward Malone?
A No.

Q Is Ed also known as EJ?
A Yes.
Q What's Edward's role at the hatchery?
A He's referred to as the hatchery superintendent so he supervises the hatchery foreman and four other fish culturists at the facility. He's in charge of the day-to-day operations.
Q So he's got about five people he supervises; is that right?
A Correct.
Q How long has Edward been in that role?
A At Powder Mill, I believe it's been since around 2016, but I don't know for sure.
Q Okay. Did you supervise someone else in his role prior to him taking the role?
A I did.
Q What was that person's name?
A Thomas Givetz, G-I-V-E-T-Z.
Q And how long had Thomas been in that role?
A From 2010 until 2016, roughly.
Q Okay. What sort of training do you need to be a hatchery superintendent? That's the term

you used?

A Yes.

Q Okay.

A Currently, I believe, the department of personnel requires a two-year degree, but you need four to five years of supervisory experience and the degree needs to be in some sort of environmental field.

Q Jason, who is your supervisor?

A I work for the executive director, Glenn Normandeau.

Q How often would you say, during a typical week, are you talking with Glenn?

A Regarding Powder Mill or just in general?

Q Yes, regarding Powder Mill.

A Not every week, but, you know, probably a couple times a month.

Q How involved would you say Glenn is in decisions about wastewater treatment at Powder Mill?

A It's really not his role so not very much.

Q Not very much, okay.

A I primarily keep him informed.

Q Tell me what is HDR's role currently at Powder Mill?
A They currently don't have a role. They did a -- they did an analysis which I'm sure you've all seen of our hatchery system back in 2002, but they have not been under contract with us since probably 2004.
Q Was HDR or is HDR the company that was formerly known as FishPro?
A Correct.
Q And you're familiar with the July 2002, what was called the FishPro report?
A Yes.
Q Tell me a little bit about that report from 2002.
A So it was my understanding that at the time we went through a capital budget request to hire some consultants that specialized in aqua filter and wastewater treatment to come in and do a comprehensive analysis of our hatchery system.
Q And who made that happen?
A It probably would -- at the time it would have been -- I'm not sure who the executive

director was at the time, but my predecessor in my current role, Steven Perry, who was the chief of inland fisheries at the time, and at the time we also had a supervisor of hatcheries and I've since been serving both roles.

Q Okay. Do you recall the measures that were suggested in that 2002 FishPro report for the Powder Mill Hatchery?

A Some of them.

Q Okay. Did Fish and Game decide to implement any of those measures?

A Some of them.

Q Which ones?

A Well, prior to that report we weren't using the settling ponds for storage, we were not using the vacuum pumps and we weren't land applying. Around that time our NPDES permits were renewed and that's when we started doing all the water quality monitoring. Prior to that we weren't doing that so there was a lot of big changes and investment we made at the time.

Q I see. What was the year again that the monitoring began under the NPDES permit?

A I'm not 100 percent sure, but I believe it was around 2004 because that's when our permits were renewed. We had FishPro come in in 2002 in anticipation of that.
Q Prior to that was there no monitoring done?
A We used to use -- we used to look for settling solids in an improv cove, but it's pretty crude.
Q Just every so often?
A We used to have to do it -- I only worked in the hatchery a year or two while that was being implemented, but we used to just do a before, during and after cleaning, samples.
Q There's a letter I'm going to show you.
MS. GOVERN: I'm going to enter this document as Exhibit 1 for this deposition.
(Smith Exhibit 1, Letter dated 11/16/17, was marked for identification.)
Q Have you seen this letter before, Jason?
A I have not.
Q Okay. Go ahead and take a minute and just acquaint yourself with what it says, please.

A (Perused the document.)
Okay.
Q Jason, are you aware of what is referred to in this letter?
A This is the first I've seen this letter.
Q Sure.
A And I was made aware because I received a phone call to let me know that this happened.
Q So what is it exactly that was happening?
A So it looked to me like our landlocked salmon were diagnosed with a bacterial parasite which we allowed the use of formalin to treat for ectoparasites, pathogens.
Q You're referring to it as formalin. Is that the same thing as formaldehyde?
A Yes.
Q Okay. I just wanted to make sure. There's a daily limit at the hatchery on formaldehyde; is that correct?
A That is correct.
Q Okay.
A And a monthly limit.
Q And a monthly limit. Great. So this

document doesn't say too much about the number of fish that are affected. Do you recall if there was a number of fish that were affected?
A No.
Q Do you recall how severe the infection was --
A I don't.
Q -- for the fish?
A No.
Q Was this decision to use the formaldehyde treatment Edward Malone's decision?
A It was probably a joint decision.
Q Okay. Who else would have decided it with him?
A Myself and him.
Q Okay. So why did you and Edward choose to use the formaldehyde or the formalin, as you said, and violate the formaldehyde limits?
A Well, there was no intention of violating the formaldehyde limit.
Q Okay. Were you aware that there was the possibility of violations of the formaldehyde limit?

A I guess I don't understand your question.
Q By using formalin, is there the possibility that you can violate formaldehyde limits at the hatchery?
A There's always a possibility provided, there's a possibility, yes.
Q Has this ever happened before?
A Prior to this, I don't recall, but I think there was an incident after.
Q Okay. Do you recall when the incident after occurred?
A I'm sorry. There was one before, I believe -- I'm sorry -- around the same time of year. These parasites show up seasonally.
Q So this incident, according to this letter, occurred around November 2017, possibly even earlier. You're saying that there could have been, the prior year, another incident?
A I believe so.
Q Okay. What happens if you were to not use the formalin in this instance?
A It can lead to extreme mortality.
Q How do you define extreme mortality?

A You can lose your whole years' production of fish. It could get that severe.
Q How many fish is that, about?
A If these are just treating landlocked salmon, I would say it would range somewhere between 60 and 80,000 and these fish go statewide.
Q Are you aware of any time in the past that there's been that sort of extreme mortality due to a parasitic infection like this?
A Not that I can document, but generally, you know, we try to avoid that from happening by getting ahead of it.
Q How often do you have to use the formalin?
A That varies. We use it a lot less than we used to prior to the new pipeline and the UVs that we had installed back in 2007.
Q Were you aware immediately that the formaldehyde limit had been violated?
A I was told when we got the results.
Q Were you surprised by the results?
A I was.
Q Why is that?
A Because I've treated before in a similar

fashion and never violated. After dialogue with EJ, I learned that it may have been a sampling error.

Q That sampling error you're referring to, is that written in this document here?

A (Perused the document.)

And by "sampling error," I believe at the time he mistakenly took the sample at the tail end of the raceway, not at the outfall so he would not have had the benefit of all the initial water to dilute the product before it entered the environment and that may have been the lack of clear instruction on my end.

Q Had he taken those samples in the past?

A The 2017 one, I would say yes because I believe he did it in 2016 as well so this may have only been his second time.

Q Okay.

A I don't recall the specifics.

Q Okay.

MS. GOVERN: So I'm going to enter another document.

(Smith Exhibit 2, Fish Culture News

October/November/December 2017, was marked for identification.)

(Smith Exhibit 3, Powder Mill September 2017 chart, was marked for identification.)

Q So on the second page -- this is State's Document 003100, Exhibit 2 for this deposition. On that second page I've highlighted a portion that describes an incident. This document, Jason, have you seen this before?

A Yes.

Q Okay. Just give me an explanation of what this document is.

A That is, approximately, a monthly newsletter that I've been writing since around 2009.

Q Okay. Do you write it by yourself?

A No. Since the department hired our hatchery biological technician, Matthew Pearson, he's been assisting me writing this.

Q Got it. So are you familiar with the incident that I've highlighted on Page 2?

A Yes.

Q Could you describe what happened there?

A Well, our pipeline occasionally will have an obstruction in it; sometimes it's an obstruction that can be large enough to shut the water flow off if you can't don't catch it in time and fish can be lost due to low DO, lack of flow.
Q So what happened in this instance?
A As the document states, a white sucker that was large enough to plug the pipe, plugged up the pipe in the middle of the night and we lost some fish as a result.
Q What's a white sucker?
A Common white sucker is a species of fish.
Q How big is it?
A They can be up to, I think, 5 or 6 pounds.
Q Okay. Tell me again how they would get into the waterline.
A From the lake.
Q Okay. How often is the pipe checked?
A Pretty much continuously throughout the day. We do have hatchery managers that do what we call night security rounds so the pipes are checked usually around nine o'clock at night.
Q Okay. How long was the sucker fish

clogging the pipe in this instance?
A Impossible to determine. It could have swam in at any time between nine o'clock and seven o'clock the next morning when the staff was away.
Q So how did the brown trout die?
A Due to lack of oxygen from no water flow.
Q Was the pond that the brown trout were in completely dry?
A No. They will retain some water, but eventually they'll just burn up all the oxygen in the water which renders it useless.
Q How many brown trout died, do you recall?
A The document says two pools and this document says 5,800 fish.
Q So you're looking at -- you read two pools from Exhibit 2 and you're reading 5,800 fish from Exhibit 3 which is State's document 001457; is that right?
A Yep.
Q So 5,800 fish, about, died from that incident. What's that percentage of the total number of fish, would you say, just an estimate?

A There's no way for me to tell. I don't know how many species of fish they had at that time.

Q Okay. How many total trout does Powder Mill have currently, estimate?

A Currently?

Q Mm-hmh.

A I don't recall the production numbers off the top of my head.

Q Okay. Is 5,800 a lot of fish?

A Depending on the size, that's relative.

Q Okay. How often does something get clogged in the pipes at Powder Mill?

A It's not something we regularly document so I don't recall.

Q You don't document when something gets clogged in the pipes and causes fish mortality?

A Well, that wasn't the question. Sometimes we catch it in time and sometimes it happens during the day so we don't lose any fish.

Q And you just aren't sure how often that happens?

A Correct.

Q Do you recall an incident where thousands of fish died due to clogs in the pipe at Powder Mill other than this one?

A No.

Q No?

A No.

MS. GOVERN: So moving on to the other documents here, I'd like to enter these as Exhibits 4 and 5, please.

(Smith Exhibit 4, 2 Photographs, were marked for identification.)

(Smith Exhibit 5, Letter dated 7/16/18, was marked for identification.)

Q Jason, have you ever seen these photos before that I just presented to you under Exhibit 4?

A I believe I've seen 0179, but I don't recall where.

Q So that is plaintiff's discovery document number 0179, and the other, 0172, have you seen that photo before, Jason?

A I don't recall seeing it.

Q Okay. Let's go to the photo marked 0179

in Exhibit 4. Can you tell me what this looks like to you, Jason?

A It looks like one of the bass ponds at the hatchery.

Q What's the sort of what we're looking at in the center of the photo right here (indicating?)

A The water leveling structure?

Q Yes. What is that called?

A I call it a water leveling structure, but it's basically a place where you put dam boards.

Q Okay. Is the dam board also referred to as a paddle?

A No.

Q Okay.

A Dam boards typically go horizontally and then there's a paddle that goes in front of them with a hole in it that you can use to drain water as needed.

Q So is there a paddle here?

A That looks to me like just a dam board.

Q Is there supposed to be a paddle here?

A If the pond was full, yes.

Q Okay.

A I'm not familiar with how that was being operated at the time. Sometimes people just use dam boards without the paddle.

Q Let's go over to the photo marked 0172. Does this look like that same pond from 0179?

A It does.

Q Okay. Is there a paddle board there in that photo?

A I can't tell from the photo so I can't tell if there's a paddle there or they're just using regular boards to maintain the water height.

Q So what would you say the difference is between these two photos?

A In one the pond is full and one it's empty.

Q Right. And the empty pond is document 0179. Is that how that structure should look when the pond is empty or close to empty?

A It looked that way if they were getting ready to clean it.

Q Okay. Because why?

A Because we store our fish waste there and we collect it periodically and remove it off

station and spread it agriculturally.

Q Is it supposed to be left that way though once cleaning is completed?

A Well, it hasn't been cleaned yet so --

Q But after it's been cleaned it's not supposed to be left that way, correct?

A No, we generally refill it, but cleaning sometimes takes several days.

Q Okay. Why does it take several days?

A Because of the size and the volume and our limited capacity to remove it.

Q The size and the volume of the pond?

A Yep.

Q And what's required to clean it? Just walk me through how it works.

A We use a 600-gallon vacuum pump.

Q Okay. And you need to have that pump there for many days, is that what you said?

A It can take several days to clean out these ponds.

Q So let's go to what we marked as Exhibit 5 which is the letter you should see in front of you. Are you familiar with this letter, Jason?

A I've not seen this letter, but I know what it is.
Q Can you tell me what it is?
A It looks like a letter of -- it's a letter to EPA expressing some human error.
Q What was that error?
A It's highlighted in yellow. It looks like the paddle was not replaced in the pond.
Q What happens when the paddle is not replaced?
A If the pond is empty, nothing, but if the pond is full or drained or if it's filling, it won't fill.
Q Okay. Does unsettled wastewater get to the outfall if the paddle is not replaced?
A Potentially.
Q Okay. Did it happen in this instance?
A I don't know.
Q Would you think that the unsettled wastewater with a relatively full pond would make its way to the outfall in a situation where the paddle is not replaced?
A It depends on a lot of factors.

Q Like what?
A If there was no flow going to the pond and the stuff had settled out, there would be less of a risk and it would involve -- another variable would be how much water is actually drained down; without actually being there, it's pretty much impossible for me to tell.
Q Have you ever seen seepage of unsettled wastewater to the outfall?
A Seepage or missing boards?
Q No, the actual seepage of the unsettled wastewater to the outfall.
A Not while I was there, no.
Q You have never seen that, just in all the time that you've spent at the hatchery?
A Usually at times when I've been there, those boards have been in.
Q Okay. Do you know if Edward Malone has ever seen the seepage of unsettled wastewater to the outfall?
A Yes, which is why he drafted this letter.
Q Okay. So that's a yes?
A Yes.

Q Okay. Now, this letter refers to this time that the paddle was not replaced. Whose job is it to replace the paddle?

A It depends on who is actively working the cleaning operation at the facility.

Q Okay. Is that someone who works under Edward Malone?

A Generally speaking, yes.

Q Okay. Is it Edward Malone himself?

A I encourage our hatchery managers to participate in all aspects of the hatchery so potentially he was in the vicinity, but having not been there, I don't know.

Q Okay. Walk me through how the paddle is removed, why it's removed and then why it has to be replaced.

A Are you asking me to walk you through a cleaning operation?

Q Correct.

A So how these bass ponds are designed to work are, we typically leave them full and allow whatever particulate matter and solids to settle, and then prior to the next cleaning event, we

generally remove the top board or lift the paddle, depending on how it's being utilized at the time to lower the water level just a little bit to allow us to add more of what we call cleaning water to it to allow it to settle prior to filling the pond back up.

Q Okay. So it's important to put the paddle back?

A Yes.

Q Correct?

A Yes.

Q So what happens when the paddle does not get put back?

A The water can escape.

Q Other than just the water, do other things in the water escape?

A If stuff has not settled, it has the potential to escape.

Q So the sediment, particulate matter, whatever's in the pond; is that right?

A Correct.

Q Okay. Just one more question though regarding that letter, Exhibit 5. So did anyone

estimate if there was any seepage because the paddle was not replaced?

A I'm sorry. What do you mean by "estimate?"

Q Did anyone come up with an estimate of how many gallons of seepage could have gone through because the paddle was not replaced?

A I didn't estimate, but I'm reading where you put -- highlighted in yellow, it says potential of 3,000, but I don't know why that would be there.

Q Why is that, why are you saying that you don't know why that would be there?

A I just don't know how someone derived that number, nor do I know the volume of the pond.

Q You don't think Edward Malone could have derived that number?

A I didn't say that. I said I didn't know where he did derive it. He potentially could have.

Q He could have, okay. Do you take a look at these letters that Edward writes before they go over to EPA?

A I do not.

Q You do not read these?

A This is the first time I've seen these letters.

Q Okay. How do you think he might have determined 3,000 gallons of seepage?

A I'd have to ask him.

MS. GOVERN: So I have two additional documents that will be Exhibits 6 and 7, please.

(Smith Exhibit 6, Fish Culture News, January/February, March 2018, was marked for identification.)

(Smith Exhibit 7, Undated letter, was marked for identification.)

Q Jason, where do the fish from the hatchery go, where are they stocked?

A Various lakes and rivers throughout the state.

Q Do they go outside the state?

A No.

Q Do you know if there is a list of the lakes and rivers you just mentioned where the fish go?

A There is.

Q Does it change?
A It's pretty consistent throughout the years.
Q Okay. So let's take a look at Exhibit 6. Jason, are you familiar with this document?
A Is that this one (indicating?)
Q Sorry. No. It's the one that says Fish Culture News at the top.
A I am.
Q Okay. Great. You worked on this -- we'll call it an issue. Is it -- I don't know how often you put this out. Is it a newsletter?
A It is.
Q So this newsletter, could you go to the third page. This is also listed as State's document 003010. Take a look at what's written at the top there and just reacquaint yourself with it.
A (Perused the document.)
Q And then also on Exhibit 7, which you have, have you seen this letter before?
A I have not seen the letter.
Q Okay. Could you just spend a moment to take a look at that?

A Yep.
(Perused the document.)
Q All set?
A Yep.
Q So both Exhibit 6 mentions something going on with ducks and also this letter. Can you describe to me what happened?
A Yep. We had a large number of mallards eating our fish.
Q And how did it happen?
A They fly and land in the raceways, grab the fish and eat them.
Q Okay. How do you deal with this issue normally?
A This is -- quite honestly, that was the first time I've ever seen this happen to this severity and so I purchased the guys some monofilament to cover the raceways with so they couldn't fly in and get the rest of them.
Q Were there any other measures taken to deal with the mallards?
A Well, during the day the guys would flush them out.

Q What does that mean?
A Walk over there and scare them so they go elsewhere.
Q How do they scare them?
A They're wild ducks, they typically flee at the sight of humans.
Q Okay. So when was the monofilament installed, do you remember?
A I don't recall the exact dates.
Q On the letter, Exhibit 7, there's a statement at the bottom regarding what you just mentioned, scaring the waterfowl, and it says that the measures were ineffective; is that right?
A That's what it says. Yep.
Q Is that accurate?
A I don't know the numbers that were lost. If I can read through the letter, but, I mean, it was somewhat effective, but as to the level of effectiveness, I don't know offhand.
Q So are you disagreeing with what Edward wrote here?
A No. I just don't recall accurately.
Q Okay. So it's possible that the measures

taken were ineffective?

A I don't know the timeline of when this letter was written and when the fish were lost relative to when the twine was put up so I don't know.

Q I think if you just want to reread this paragraph, he's talking about the methods used.

A Okay. So it may have been he lost 25 percent before the twine was put up.

Q Right. Right. Okay. And by "twine," you mean the monofilament?

A Yep.

Q Who decided to put the monofilament up?

A That was my idea when I heard about what was going on.

Q So that must have occurred after these other measures were taken; is that right?

A I believe so.

Q Okay. Do you know how many fish were lost due to this mallard incident?

A I don't recall. It says in the letter 22,500.

Q What's that percentage of the salmon

production?
A According to this letter, it's 26 percent.
Q Okay. Is that a lot of fish?
A It's quite a few, probably -- well, 22,000 so --
Q Do you know how much that's worth in dollars?
A I don't.
Q Does anyone know that calculation?
A I could take some time to figure it out, but I need to know what the weight is. We do everything by weight, cost per pound.
Q Okay. But it's possible to come up with a calculation of the value of the 26 percent?
A An approximate value, yes, of what we invest in.
Q You mentioned before that you had not seen an incident like this in the history of your time working with hatcheries; is that right?
A Not with mallards.
Q Have you seen it with other waterfowl?
A Not to this severity.
Q Okay. Why do you think this happened to

this severity?

A Honestly, I don't know. I know that there were a lot of mallards around last year. They hang out by the hatchery because the water's not frozen so when the ponds freeze they seek open water. Below the hatchery just happens to be an area that they congregate and it happens to be an abundant food source there.

Q How many mallards do you think were eating the salmon?

A I have -- I don't know, but it was substantial, a couple hundred.

Q Have there been issues with the mallards since?

A No, not that I'm aware of.

Q Do you think the monofilament has worked?

A I think it helps, but I also think that when the ice melts, they go do their nesting other places.

Q You're saying that they're just moving along, they've moved on?

A Yep.

Q Okay. Have you seen any of the mallards

get through the monofilament?

A I haven't.

Q Okay. Have you heard of that happening?

A No.

Q How often does Edward have to send these types of letters to EPA regarding fish loss, would you say?

A I don't know what the frequency is, but it's not very often.

Q Is there an amount of fish loss that has to occur in order for a non-compliance letter to go over to EPA?

A It's in our permit, but I don't recall exactly what the number is. I'd have to reference that.

Q Okay.

MS. GOVERN: Let's mark this document as Exhibit 8, please.

(Smith Exhibit 8, Letter dated 2/8/19, was marked for identification.)

Q Jason, Exhibit 8, I'd like you to take a look at that and tell me if you're familiar with the pages that are included there.

A I have not seen these before.
Q Okay. Why don't you take a moment and just look through those. Take your time.
A (Perused the document.)
Q All set?
A Yeah.
Q Let's start with the first page on Exhibit 8 which is marked as State's 000081. This is -- could you just describe what this letter is?
A This is a cover sheet for a discharge monitoring report.
Q Okay. And how often are these sent over to EPA?
A The cover letters, I'm not sure. I know that the monitoring reports are due every month.
Q Okay. This cover letter says that the January 2019 discharge monitoring reports are enclosed; is that correct?
A That's what it says. Yep.
Q The next page, which is State's 000079, is another letter. Could you tell me when this letter was sent and who it was sent from?
A I'm sorry. You're talking about 000079?

Q Correct.
A (Perused the document.)
The letter's not dated so I can't tell you when it was sent.
Q Okay.
A Was there a part B to the question? I'm sorry.
Q Could you just tell me who this letter is from and who it's going to?
A I don't know who wrote it, but I'm going to make the assumption that EJ wrote it because he signed it so --
Q So Edward Malone signed this letter, correct?
A Correct.
Q This letter is also going to EPA, correct?
A It's addressed to EPA and DES.
Q Okay. Is this a non-compliance letter from EJ Malone, this 000079?
A Yes.
Q Is there any reason that you can come up with as to why the cover letter for January 2019 discharge monitoring report says something

different than this letter regarding January discharge monitoring reports?

A I don't know for sure, but speculating, I believe the 000079 letter is for an isolated incident for a specific date.

Q Okay.

A And the cover letter is probably for the entire month so it may have averaged out to where it was only a single non-compliance, but the monthly fell within the range of the permit.

Q Okay. Let's move on to 000085 which is the third page of Exhibit 8. Take a look at that and then also the following page which is 000082 for me.

A (Perused the document.)

Q So why do you think there's a discrepancy between these two documents, 000085 and 000082, regarding February discharge monitoring reports in 2019?

A I don't know. Like I said, one is a letter for a single non-compliance and the other is for the monthly report.

Q So the single non-compliance you're

referring to, is that on 000082?
A Yes. It talks about February 12.
Q Is there an actual sampling amount or reading from that date listed on this letter?
A Yep.
Q What's that amount?
A 6.08.
Q And 6.08 signifies non-compliance?
A Correct.
Q Why is that?
A Because the range indicated in the permit is 6.5 to 8 and it's not within a half a standard unit of the incoming water.
Q Okay. Your explanation is that the cover letters, 85 and 81 of Exhibit 8, are describing an average level of compliance? Is that what you're saying or just try to flush that out for me so I understand.
A That's my understanding. It's been 10 years since I've actually done this procedure.
Q Okay. And just to go through the rest of the exhibit here, so take a look at State's 000096 and then 87.

A (Perused the document.)
Okay.
Q Then also take a look at 103, States's 103 and 101 for me.
A (Perused the document.)
Okay.
Q So, Jason, is it your understanding that the same situation is happening with 96 and 87 and 103 and 101 where the non-compliance refers to one reading of the pH level; is that correct?
A Yes. So what I don't know is, it looks like these are letters of non-compliance for a specific event. This is the cover sheet for the monthly report. So what I don't know is if this was a weekly occurrence or a monthly occurrence. I do not know, but whatever is happening here is consistent with one another.
Q Okay. Do you review those cover sheets or any of these non-compliance letters before Edward sends them over?
A I do not.
Q Have you ever reviewed them?
A Occasionally, if a new employee that

hasn't done them before will have me take a look at it to make sure they're accurate, but I typically let them work that language out with the inspectors.

Q Do you happen to know if the inspectors ever draft these and Edward just puts his name on them?

A I wouldn't be aware of that happening.

Q Okay.

MS. GOVERN: Let's take a break.

(A short recess was taken.)

Q So why don't we -- I did have one question. Jason, how long have you been chief of inland fisheries?

A Since March of 2013.

Q Since March of 2013, okay. And you oversee all the other hatcheries?

A Six hatcheries and our biological staff, anything freshwater.

Q How many are on the biological staff?

A Nine, I think.

Q Nine employees?

A Yeah.

Q Okay.
MS. GOVERN: So I would like to enter this document as Exhibit 9, please.
(Smith Exhibit 9, E-mails dated 3/28/19, were marked for identification.)
Q So, Jason, take a look and read through this document for me and tell me if you've seen this before.
A I haven't seen this before.
Q So take a minute and read through it.
A (Perused the document.)
Q All set?
A Yeah.
Q Jason, is this an e-mail between Edward Malone and Danielle Gaito?
A It is.
Q Do you know Danielle Gaito?
A I do.
Q Who is she?
A She's a permit writer for EPA.
Q Does Edward send Danielle results of DMR testing and sampling?
A I don't believe so. Well, they're

submitted electronically so she has access to them. I don't think they go to her directly.

Q Okay. It looks like there was a high value for phosphorus that was sampled; is that correct?

A That is correct.

Q And this is from December 2018, is that correct, or that occurred in 2018; is that correct?

A The sample was taken in December.

Q Okay. Had you heard about this high phosphorus level?

A I did.

Q Do you know what happened?

A I recall EJ calling me and telling me about the high sample and he asked for some direction so I told him to tell the lab to rerun it and then we did another sample just to make sure it was an abnormality, and if I recall, it was just a weird thing.

Q Okay.

A I don't know if something went wrong with the lab, but it was definitely an isolated incident.

Q So you think something happened that caused the spike in phosphorus?
A I honestly don't know which is why I had him retest.
Q Did you talk with Edward about possibilities for what caused the spike?
A We discussed it, but there was no explanation that I could come up with.
Q Has this ever happened before?
A Not that I recall.
Q What would increase phosphorus levels at the hatchery?
A In this sample?
Q Not necessarily, in general.
A What could?
Q Yes.
A As far as a concentration or total amount?
Q Yes.
A A concentration, you know, if we have reduced flow, you know, sometimes, you know, obviously, phosphorous is a by-product of fish metabolism, but nothing like what we saw here which is why it was so eye-opening.

Q Do you remember the actual number?
A I don't.
Q Does the lab that the hatchery uses make mistakes?
A I don't know.
Q I mean in the past when you've used the lab.
A Not that I recall. That's why this was such a -- that's why I remember this incident because it was so unique.
Q Okay. So, Jason, has EJ or Edward Malone been good at his job?
A He's got 20 years of experience with Fish and Game so he does well.
Q Has he made mistakes?
A On occasion.
Q Okay. Does he go through additional training at any point in his position?
A We have to take continuing education to maintain our wastewater treatment certification, a certain number of credit hours.
Q And by "we" you mean you and he or --
A "We" being the wastewater treatment

operators that are certified at the department and the hatcheries.

Q How often does that happen?

A Every two years.

Q What happens when Edward Malone makes a mistake in his work at the hatchery?

A He generally brings it to our attention, you know, and we talk about ways to fix it.

Q Is there any disciplinary action?

A Regarding?

Q Any mistakes that he makes at the hatchery.

A Regarding the operation?

Q Yes.

A Not that I recall.

Q And you mentioned that you're his primary supervisor --

A I am.

Q -- is that correct?

A Yes.

MS. GOVERN: I want to enter this document as Exhibit 10, please.

(Smith Exhibit 10, Powder Mill Existing

Site Plan, was marked for identification.)

Q Jason, have you seen this document before?

A I have.

Q Can you tell me what this is?

A This is a drawing that was done of the Powder Mill Fish Hatchery by FishPro probably back in 2002.

Q Is this still used as a site plan or a map of the facility by those that are part of Powder Mill Hatchery?

A It's there as reference, but we do have updated plans at the facility because we've made some infra-structure improvements.

Q Is this an accurate representation of where things are at the hatchery?

A By "things," do you mean --

Q All those that are listed there, the raceways, the ponds?

A The raceways are in the same location, the ponds are in the same location, but if you look at those little black circles, those are former outfalls that have all been consolidated into two (indicating.)

Q Are you referring to the small circles here? I'm going to point on yours all along here (indicating.)

A Yeah, I believe that's what those were.

Q Okay. Thank you.

MR. ASLIN: There's a key on the bottom left corner for that symbol.

MS. GOVERN: I see what you're saying. Thank you.

A There it is. Yep.

Q There it is. So, Jason, do me a favor and just walk me through how treatment, in general, works at the hatchery.

A What type of treatment, do you mean formaldehyde treatments or do you mean wastewater treatment?

Q All of the above and where it occurs.

A The formalin treatments would take place on an as needed basis and that can take place anywhere.

Q There's not a specific location where formalin treatments happen?

A It would typically be, if we're treating a

series of raceways, it would be at the head end so it could slow down through --

Q Where is the head end?

A The head end would be where the water comes in, depending on -- there's three series here. It would be this end and these here are all independent water supplies so we'd have to start at the top raceway for each one of those (indicating.) If we wanted to treat the ponds we'd have to do it somewhere here where the reused water comes in. If we wanted to treat a couple of those we'd have to do it either independently or through the pipeline that feeds them all.

Q Okay. That's helpful. Thank you. How about the formaldehyde?

A That's what I was referring to.

Q Okay. Then how about the wastewater treatment?

A The wastewater, at the tail end of all these raceways, except for the earthen ones, there's what we call an acquiescent zone. It's an area slightly below flow that allows solids and fish waste to settle. We have access to it, we

vacuum it and we then transport it down to -- if you look at these four ponds here, two of those are set aside (indicating.)

Q So by four ponds you're referring to the --

A Bass ponds.

Q -- ponds on the far right side of the map, correct?

A They would actually be the two bottom ones what we typically use. Cleaning water that we refer to it as, we then transport it down there and put it in those ponds for temporary storage. That was historically what we've done and we've since taken three of these round tanks out of production and they're using them for a more efficient storage of cleaning water (indicating.)

Q Okay. Where are the settling ponds now?

A There are three of these round tanks down here that we no are longer raising fish in (indicating.)

Q So that's what's referred to as the circular tanks on this map?

A Yep. Yep.

Q Okay.
A We are using three of those now.
Q Three of those circular tanks are now settling ponds, correct?
A Yep.
Q Is that a yes?
A That is correct.
Q Okay. Where are the two current outfalls, could you point those out to me?
A I can do that. One of them is -- outfall one is right there (indicating.)
Q And you're pointing to what's almost marked as lake overflow channel, correct?
A Yes, because it goes into the lake overflow channel.
Q Okay.
A Yep.
Q Great. And the other one -- sorry. The other outfall?
A That would be right here (indicating.)
Q And that is the mark for an existing outfall location that is below the circular tanks but to the right?

A Correct. That may have been moved slightly.

Q Yes.

MR. ASLIN: Just for reference, you can't actually see it on this map because it's so small, but I believe these outfalls are all numbered on this map so if you had a magnifying glass we could identify it by the number.

A And on this map they would be one and 10 rather than one and two.

Q I see. Okay. Great. Thank you. Why were the discharge points consolidated?

A Because back in 2004 when our permits were renewed, we were required to monitor what we were discharging into the environment.

Q Okay.

A So we were -- we were more efficient to do it at two locations than 10.

Q Got it. So is there wastewater generated from vacuum operations?

A It's not generated, it's collected.

Q Okay. What would you say the source is?

A Of?

Q Well, the different vacuum operations that would cause wastewater.

A The vacuum is to remove what would be deemed as wastewater, I believe. I believe that's what you're asking.

Q Right. And then just where does that happen?

A Where does it happen?

Q Yes.

A It happens at the end of every one of these raceways there's a settling area where we vacuum the solids.

Q So at the end of each raceway; is that right?

A Most of them, yes.

Q How often does the removal happen, does that vacuuming happen?

A It varies on the time of year.

Q Can you give me some estimates?

A In the summer, it's probably weekly, in the winter it could be, you know, every couple of weeks.

Q Okay. What causes any change in the

volume of the wastewater that's vacuumed?
A So in the winter the water is very cold. Fish are cold-blooded so we only feed them a couple days a week so they eat less, they produce less, they grow less. In the summer the water's warm, we feed them a lot, they're growing fast so that's why there's seasonal variability.
Q Describe what the cleaning water is.
A The cleaning water is a mixture of water that we use to raise the fish and whatever settles out in these acquiescent zones.
Q Why is it called cleaning water?
A It's just stuff that we vacuum up while in the process of cleaning.
Q Is it also referred to as freshwater?
A We don't refer to it as freshwater.
Q Okay.
A We usually refer to that as inflow.
Q So if I see freshwater in a document from the Powder Mill Hatchery --
A It would be referring to inflow.
Q -- it's referring to inflow?
A Yep.

Q Inflow coming from?
A Merrymeeting Lake.
Q So let's talk about the vacuum system a little more. When was it implemented?
A Around 2004.
Q And it's operated continuously?
A No. They're 600-gallon tanks so we'll vacuum until they're full, we'll transport it to storage and then it's refilled. I think that's what you're asking.
Q Yes. So the 600-gallon tanks are filled and then they're placed -- and then the -- sorry. What is in the tanks then goes to storage. Where is the storage?
A The storage is now in those round tanks down at the lower end that we've taken out of production.
Q And do those get emptied?
A Yes.
Q How do they get emptied?
A We empty them the same way we fill them except it's more concentrated because it's settled.
Q Okay. Where does it go after it's in

those storage tanks?
A We either spread it agriculturally on Farmer's Field, but recently, this week, it went to the Town of New Durham compost pile.
Q What's the schedule for using the vacuum system?
A The schedule?
Q Yes.
A As I said, it's more of a judgment call; if the raceways look dirty they get cleaned, if they're not, you know --
Q Who determines that?
A That would be the hatchery managers.
Q The managers, okay. So if you're not using the vacuum system is there some other operation that occurs or it's just the vacuum system?
A It's the vacuums.
Q Okay. So what are the water and wastewater sources to the settling ponds?
A The settling ponds that are no longer in use or the settling tanks?
Q The settling tanks.

A The tanks that we're currently using is just the cleaning water.
Q That's just the cleaning water?
A We do run a little bit of water in there to keep it from going anoxic.
Q Where does that water come from?
A It comes from the lake.
Q What's the typical settling period? I know it can vary, but --
A We've been using these tanks for about a month so we clean them within a month.
Q Okay. If you hear the term "supernatant water," what does that mean to you?
A That's an old wastewater word that I would have to go freshen up on before I can answer.
Q Okay. And then also are the settling ponds and the bass ponds the same thing, the same type of pond? Are they referring to the same pond? Excuse me. I'm just going to go back on that.
A So the bass ponds, they're no longer in use other than one of them we have a few fish in, they've been cleaned and drained.
Q One bass pond still has fish in it?

A Two of them do and two of them are -- the last time I was over there were completely drained and cleaned.

Q Okay.

A But we're not actively using them for cleaning water.

Q Okay. And the circular tank interim treatment system, is that system in service now?

A It's been in service for about a month.

Q For one month?

A Approximately.

Q And it's been in use continuously for that month; is that correct?

A Yep.

Q Now, what are the sources of the water and wastewater treated by that system?

A Vacuums, vacuum pumps.

Q The vacuums?

A Yep. Cleaning water.

Q Cleaning water, okay. How frequently are solids removed from that system?

A Well, we did it this week and so it was our first shot at it so it's been within the month.

Q Okay. So how many tanks does the circular tank interim treatment system include?
A How many concrete tanks?
Q Yes.
A Three.
Q So what are the functions of tanks?
A The two exterior tanks are where we unload our cleaning water for primary settling for where the solids are going to go and they can then flow into a center tank where we have some vegetation and a sand filter to take up a lot of nutrients and particulate matter and then it goes from there into a leach field of wood chips.
Q And what's the function of the wood chips?
A The wood chips is basically a wood chip bioreactor which are really good for removing nitrates from water.
Q And what happens to the treated water?
A It basically leaches down through the wood chips and goes into the ground.
Q And what prompted putting this system in at this time?
A I think it was just a matter of realizing

that we needed more efficient ways to deal with our cleaning water.

Q Okay. Who designed the system?

A Using the tanks for storage was primarily my concept, but Matt Pearson, who works with me, is the one who did the research on the bio media and the vegetation and him and I constructed it.

Q Just you two?

A Primarily, yeah. The guys over there helped us out with the concrete and stuff, but --

Q Okay. Have you ever put together a system like this before?

A No.

Q Had Matt?

A No, but a lot of these concepts get floated around at some of our regional meetings because the wood chip bioreactors are used for what's called a recirculation system which is basically fish that are raised indoors.

Q Can I see the system on this map or is it not on here, the circular interim tank?

A It's these three down here (indicating.)

Q And so you're pointing to the top three of

the circular tanks?
A Can I borrow your pen?
Q Yes (handing.)
A I believe it's -- I believe it's these three (indicating.)
Q Okay. Got it. Okay. Is there any plan to do the same thing with other tanks or add to this interim system?
A Not at the moment.
Q Okay.
A As far as an interim system, no. This seems to be working pretty well.
Q You think it's working well. What makes you think it's working well?
A I think just the efficiency of which we were able to collect the solids from our cleaning water and get them off the facility into a place where they can be disposed of in a timely manner is a lot of success just on its own.
Q Jason, is the hatchery at Powder Mill currently using low phosphorus fish feed?
A We are.
Q When did that start?

A I believe it would have been the end of August.

Q Have you seen any effects of changing to low phosphorus fish feed?

A I have not seen any testing results yet.

Q The salmon that were going to be removed from the Powder Mill Hatchery and sent to the Nashua Federal Hatchery, that has occurred, correct?

A That has occurred.

Q When did that happen?

A We shipped them as eggs so it would have been probably around February, March.

Q And what has been the effect of moving the salmon to Nashua?

A We haven't been able to really determine that yet.

Q Okay. So did moving the salmon change the volume of water flowing through the hatchery?

A I don't know. We didn't shut any raceways off, but we are saving some water because we're not running water through those three tanks we took out of production for the solid storage so we saved

some water there.

Q Now, HDR submitted a proposal this year for a 15 percent design; is that correct?

A That is correct.

Q Okay. The budget on that design was about $68,000; is that correct?

A That is correct.

Q And then also in May of 2019, Fish and Game submitted a sole source contract budget request of about over $13,000, correct?

A No.

Q Is that incorrect?

A That is incorrect.

Q Can you correct it for me?

A I saw that somewhere and I have no idea to this day where that number came from.

Q Okay. Have you spoken with anyone about that number, this 13,000 number?

A I spoke with Director Normandeau about that.

Q And does he know where that number came from?

A He was as confused as I was.

Q Where did you see that number?
A I believe I saw that number in -- I don't recall where I saw it. I remember seeing it though.
Q Was it in a letter?
A It was either in a letter or an e-mail or something.
Q Jason, do you think the current wastewater treatment system is performing well?
A Until I see test results, which I should be getting within the next month, in theory, it appears to be working well, but without actually seeing numbers, it's impossible for me to determine.
Q And how was it performing, say, before the interim measures?
A I think anything we can do to improve efficiencies will improve the process so I don't think it's working quite as well, but like I said, it's impossible to tell at this time.
Q And just stepping back, can you talk to me about what were the interim measures from --
MS. GOVERN: I'm sorry. Let me rephrase.

Q The interim measures that were taken in 2019, what were they?

A The ones that have been taken so far is we constructed an interim wastewater treatment facility, we purchased low phosphorus feed and we moved our landlocked salmon production to Nashua Fish Hatchery.

Q And you previously testified that you don't know how those interim measures have changed the performance of the system yet, correct?

A I do know it's saving us a lot of labor --

Q Okay.

A -- which is always a good thing.

Q Does that mean you don't need to do certain things anymore? What does it mean by saving labor?

A It's just much more efficient to clean what we need to remove from the station out of a concrete tank than it is a big gravel-filled pond.

Q Are there other changes that you want to see for the treatment system?

A I think it needs to be evaluated first.

Q Evaluated how?

A One, to make sure that it's going to continue to function properly, and until we start seeing some of our water testing results, it's impossible for me to tell whether, you know, it's going to be as effective as we hoped.

Q Are there plans for water testing?

A DES is doing water testing starting last week.

Q Okay.

A Plus, we are doing our required quarterly samples for our permit.

Q When are those due?

A They're due by the end of September.

Q And you mentioned DES is doing water quality sampling.

A They are doing sampling, yes.

Q Do you know what the timeline is for that?

A I believe they started on the 11th and they should be wrapped up around the 4th of October.

Q Do the results of that go straight to you?

A They'll probably come to me eventually, but DES is probably going to analyze them. I

believe the testing schedule is in that new package that we provided you this morning of the sampling frequency.

Q Okay. In terms of the performance of the treatment at any hatchery, how does this Powder Mill Hatchery compare to some of the others in New Hampshire?

A As far as?

Q The performance of the treatment.

A Honestly, they're impossible to compare. They're all unique, they all have different amounts of production, they have different water supplies so there's so many variables that I never like to compare them.

Q What about in terms of each of the hatchery's effect on the surrounding environment?

A All the receiving waters are unique as well so there's going to be -- you know, there's undetermined impacts, if any.

Q Are there phosphorus concerns at other hatcheries in New Hampshire?

A Yes.

Q Which ones?

Case 1:18-cv-00996-PB Document 43-11 Filed 11/27/19 Page 75 of 112


A At the moment, we do have numerical limits for phosphorous at our Berlin hatchery.

Q And you're meeting those phosphorous limits?

A We are.

Q What is the phosphorous limit at that hatchery?

A I don't recall off the top of my head.

Q Okay. Let's talk a little bit about Powder Mill's BMP. As I understand it, there's a new BMP plan that just was submitted; is that correct?

A That is correct.

Q Could you just tell me a little bit about the plan.

A We provided you with a copy of that as well.

Q Okay.

A We basically are required by our NPDES permit to, within a certain amount of time, update our BMPs if we have a change in operation and because we put the new interim system on-line, changed to low phos feed, we had some new employees

so it was just a matter of updating it.
Q So this has been approved, is that correct, this new BMP plan?
A It's been submitted.
Q Sorry. It's been submitted. It needs approval, correct?
A I believe so, yes.
Q Do you know how long that takes?
A I do not.
Q I haven't had a chance to read through it. I could, but off the top of your head, do you know of the changes that are in this BMP plan versus the past BMP plan?
A I can list several of them.
Q Okay.
A One is, we have a new pH meter which has different calibration procedures.
Q Okay.
A We have different employees. We added in the low phos feed component and a description of how the interim wastewater treatment system is supposed to work and the date.
Q Go ahead.

A And the date.
Q And the date, okay. Are there any changes regarding the disposal of solids?
A Yes.
Q What are those?
A The original document, I believe, just referenced spreading it agriculturally on Farmer's Field, but we added in the language about applying some on the town property in their compost or sandpit that they use for compost.
Q I'm sorry. Say that again.
A The Town of New Durham allowed us to put some of it in their old sandpit and they're going to use it for compost.
Q Old sandpit, okay. How often is that going to happen, do you know?
A The system's so new that we're still trying to, you know, figure all this out, but we've done it within a month.
Q Did you mention that you just had sent over solids for the first time --
A Tuesday.
Q -- to that compost New Durham center?

A We did.
Q Is that what it's called?
A It's the old town sandpit. I'm not sure exactly what we're calling it.
Q Okay. So just going back to the solids themselves, the solids get vacuumed from where?
A Where they're originally collected?
Q Mm-hmh.
A They're originally collected from the tail end of the raceways.
Q And how much solid is collected, on average?
A It's mostly water. I have no idea to determine. It depends on a lot of things, how dirty the tanks are. It's primarily water that gets vacuumed up.
Q Do you know if the amount of solids have increased over the years?
A Anecdotally, I would say it's decreased over the years.
Q Okay.
A Just because we never used to use these vacuums until 2004 so whatever wasn't eaten --

Q Okay. What's the reason to now send some of the solids to New Durham versus on the agricultural fields?
A The town wanted it.
Q How come?
A They want to use it in their compost pile.
Q Whose idea was it to send it over there?
A The town's.
Q Okay. Are the other hatcheries doing something similar?
A More on the agricultural side. Some of our other hatcheries, we have farmers that are more local and we spread it there.
Q How big is New Durham's sandpit?
A I haven't seen it.
Q Okay. Is it your understanding that the solids stay there?
A I hope so.
Q Does New Durham pay you for the solids?
A They have not.
Q Is there a plan that they will?
A Nope.
Q Do those who take the solids for

agriculturally spreading pay the hatchery?
A No. We need a place to put it, they consider it free fertilizer so --
Q Which fields do those go to as far as the agricultural fields where the solids are sent to?
A In New Durham?
Q Wherever it goes from the hatchery.
A New Durham used to spread them at the Farmer's Field at the end of Merrymeeting Road.
Q Anywhere else?
A Sometimes they'll use the -- there's a little field below these tanks where they'll put a couple of loads here and there, but that's all I'm aware of.
Q So who decides where the solids are spread?
A A lot of it we just work it out with the local landowner. I don't get involved with that.
Q Who does that?
A That would be the hatchery manager.
Q Edward or not Edward?
A Edward, EJ.
MS. GOVERN: Let's have this entered as

Exhibit 11, please.
(Smith Exhibit 11, Merrymeeting River & Lake Watershed Management Plan dated September 2019, was marked for identification.)
Q I only printed out one copy because it's so big so you'll have to share that one.
MR. ASLIN: Okay.
Q Jason, have you seen this document before?
A I have.
Q Can you tell me what this is?
A This is the Merrymeeting River Watershed Management Plan.
Q Have you read through this report, Jason?
A A good portion of it.
Q Do you generally agree with the report?
A I think the report has some good information, yes.
Q So let's start -- there's some marked pages on Exhibit 11, page IV, Roman numeral four, that has two sections highlighted. Just take a look at those two and then tell me when you're ready.
A (Perused the document.)

All right.

Q The report is referring to the contribution of the phosphorus load to the Merrymeeting River and estimates that the Powder Mill Hatchery is contributing 67 percent of the total load. Do you agree with that calculation?

A I know we're contributing, but as far as percentage, I'm not an expert.

Q There are other places within this report where it's stated that the hatchery is one of the larger sources of phosphorus to the river. Do you agree, in general, with that statement?

A I'll agree that it is a source, but having lived in the watershed for a while, I know there's a lot of other factors.

Q What are those other factors?

A Logging, stream crossings, you know, lawn fertilizer, waterfowl. We had a tornado go through there that caused a lot of erosion. Herbicide treatments, vegetation release, phosphorous. There's a lot of variables.

Q Do you think they exceed 50 percent of the contribution of phosphorus to the Merrymeeting

River?
A I couldn't tell you.
Q Let's move to the next marked page on Exhibit 11 so that's Page 22.
A Mm-hmh.
Q Take a look at those highlighted sections of the text.
A (Perused the document.)
Q Okay?
A Yep.
Q Jason, are you generally familiar with the effects of phosphorus or exceedances of phosphorous on a water body?
A Somewhat familiar.
Q Okay. Now, this report states that cyanobacteria blooms have been recorded in the Merrymeeting River, including Marsh, Jones and Downing Ponds. Do you agree with that statement?
A I've seen the cyanobacteria bloom at Downing Pond.
Q You've seen it yourself?
A Yes.
Q What does it look like?

A It's green, the water looks green.
Q Is that the only bloom you've seen?
A The only one I've witnessed, yes.
Q Have you seen blooms, just generally, in other places?
A Yes, even place without hatcheries.
Q In New Hampshire?
A Yes.
Q Okay. Do you believe cyanobacteria blooms are dangerous?
A I do.
Q Let's go over to the next page that's marked which is 28. Read through that highlighted text on Page 28 for me and let me know when you're ready.
A (Perused the document.)
Okay.
Q Do you understand what that highlighted text is talking about?
A I do.
Q So what does it mean to you?
A It's telling me that even if the phosphorous from the Powder Mill Hatchery was

reduced there would still be ongoing problems due to internal loading.

Q You're familiar with what internal loading means?

A I am.

Q Do you agree with that statement?

A I don't know enough about the science to agree or disagree with it.

Q Okay. Do you believe that there is remaining phosphorus in the river and the ponds?

A Remaining from?

Q From phosphorus over the past decades.

A From all the sources, yes.

Q You do?

A Yes.

Q Where does the internal load come from, or the internal load of phosphorous. Excuse me.

A It comes from all the non-point sources entering the water table.

Q But within the river itself, within the water body, where is the internal loading coming from?

A From sediments.

Q Okay. Do you know how much sediment is in the ponds or the river?
A I do not.
Q Have you ever seen the sediment in the ponds or the river?
A Not to observe it. I've paddled through there, but I haven't waded in it.
Q So the next marked page on Exhibit 11 is 32. In objective two on Page 32 there's some highlighted text, if you can just read through objective two for me.
A (Perused the document.)
Mm-hmh.
Q So this part of the report talks about reducing the Powder Mill Hatchery's phosphorous loading by a certain amount and that amount is listed as 78 percent here, correct?
A That's what it says.
Q Okay. And this also says that that reduction could be achieved through hatchery system design upgrades. Do you agree with that statement?
A I don't know what the current technology is as far as treatment systems for hatcheries so I

don't know if it's technologically possible, but --
Q So who should know about technology upgrades for hatcheries?
A I would think an agricultural engineer with a specialty in wastewater would know that.
Q Have you ever consulted with one of those experts?
A Not recently.
Q But you have in the past?
A I should clarify, not recently on that particular topic.
Q Okay. On another topic?
A Just at regional meetings.
Q And who is that?
A Occasionally, I'll correspond with Matt Cochrane from HDR.
Q Okay. He knows about the most recent technology for hatchery system upgrades?
A I'm sorry?
Q Does he know about -- you've spoken with him about recent technologies for hatchery system design upgrades?
A I have. In fact, the Town of New Durham

and I have corresponded with him on this very issue, but we never got to the specifics of what type of percentage removal that the current technology is.

Q Okay. When did you speak with him last?

A I believe it was December of 2017 and there was a -- I think there was -- yeah, that was it. I haven't been to any of the regional meetings lately.

Q Is it your understanding that New Durham is still consulting with this person?

A I don't know.

Q Okay.

A I know that there was a report.

Q Which report was that?

A It was in one of the packets. I think it was called summary of opinion from HDR, is what it was called.

Q Do you know how recent?

A It's dated.

Q Do you know how recent?

A No.

Q 2019?

A I don't know. I don't think it was that recent, but --
Q Okay. Let's move on to the next marked section of the report which is Page 49. Under short-term recommendations there's highlighted text. Could you just take a read through that for me, please.
A (Perused the document.)
All right.
Q So this short-term recommendation, number 21 listed on Page 49, talks about total phosphorous concentration of 10 ppb, which is parts per billion, correct?
A That is parts per billion, correct.
Q The recommendation is that there be a new permit limit on the point source discharge from the Powder Mill Hatchery to meet -- I'm sorry. And a new design or a new facility that meets the target limit; is that correct?
A I'm sorry?
Q The recommendation here, I'm just referring to number 21, is that there be a new permit limit on the discharge from the Powder Mill

State Fish Hatchery and a new facility that meets that target limit, correct?
A That's what it says, yes.
Q So the recommendation here is 10 parts per billion. Do you agree with that recommendation?
A I don't have an opinion on the recommendation on the limit or not, but I agree that's what it says.
Q Okay. Do you have an opinion on what a phosphorous limit should be for the hatchery?
A I don't know enough about it.
Q Okay. Have you ever discussed a phosphorous limit for the hatchery with anyone at Fish and Game?
A More of a conversation with DES, but we really don't have any -- until this report came out which, obviously, is fairly recent, we started collecting more water samples. I don't know if that's an accurate or realistic projection or not.
Q Do you think the hatchery would be able to meet a limit of 10 parts per billion?
A As I referenced earlier, without knowing what the current available technology is, I'd have

to defer to somebody else.

Q Okay. So you don't think you're qualified to answer the question of whether the Powder Mill Hatchery can meet a certain phosphorous limit?

A I'm not.

Q Okay. I'm going to just -- we're done with this report.

MS. GOVERN: I'll enter this document as Exhibit 12, please.

(Smith Exhibit 12, E-mails dated 10/2/18, were marked for identification.)

Q So, Jason, can you just read through this document here and tell me if you are familiar with it or if you've seen it before.

A I have not seen this.

Q Okay. Who is this e-mail exchange between?

A It looks like Robert Scott and Glenn Normandeau.

Q Do you know what they're referring to and what they're talking about in this e-mail exchange?

A I do.

Q What are they talking about?

A They're talking about a potential number of phosphorous limit of 20 parts per billion.
Q Glenn seems to be referencing a discussion he had with you; is that correct?
A Yep.
Q And a discussion regarding the phosphorous limit of 20, correct?
A Correct.
Q Do you remember telling Glenn that with a phosphorous limit of 20 that the Powder Mill Hatchery might have to close?
A I don't know if those were specific words, but I remember saying we had some challenges ahead, yep, that was going to be the case.
Q So how did you determine that?
A Determine what?
Q That there might be the possibility that -- exactly what you just testified to, that there was going to be -- I can't remember what you said -- challenges ahead.
A You know, as far as him referencing closure of the hatchery, we may have been referring to a temporary closure to do infra-structure

improvements, but without knowing what he was intending, I can't speak to that. It does reference we may not be able to meet the available technology so that's still consistent.

Q So how did you determine that you probably wouldn't be able to meet it with the available, affordable technology?

A I don't know.

Q But you do remember discussing this with Glenn?

A Yep.

Q Okay. Would there be anyone that you spoke with to make this determination regarding a phosphorous limit of 20?

A No. I just attended some general meetings from time to time and I know that other states have trouble meeting their limits and, you know, the last sentence says some other states are 35 and it's challenging for them.

Q So these other meetings that you're referring to, what are those?

A It's kind of an informal regional meeting called the Northeast Fish Culture Chiefs and the

Northeast Fish Health Committee. It's a joint meeting.

Q Do you know what phosphorous limit that the current state of the hatchery could meet?

A Under current conditions?

Q Correct.

A I think the guys are being as efficient as they can with what they have to work with so whatever the number is now, I would say we're pretty close.

Q Do you know what the number is now?

A I don't offhand, but the discharges are slightly different.

Q Do you think there's any further improvements that could get the phosphorous levels down?

A Not without significant infra-structure investments.

Q Like what?

A Well, I'd have to find out from a wastewater engineer what type of technology and systems would be applicable to the blueprint of the facility.

Q And by "wastewater engineer," do you mean Edward or are you referring to someone else?
A I would be referring to a professional wastewater treatment designer.
Q Does that include HDR?
A They would be one.
Q Okay. Jason, you were on the cyanobacteria mitigation steering committee, correct?
A Correct.
Q For how long?
A From its inception to current.
Q When was its inception?
A Roughly, July of 2016, maybe.
Q And you're still on the committee?
A Yep.
Q What's the purpose of the steering committee?
A The general purpose of the steering committee was to, you know, talk about water quality concerns within the Merrymeeting watershed and help move forward addressing those concerns.
Q Why did you join the cyanobacteria

mitigation steering committee?

A Because we knew we had, obviously, the hatchery within the watershed and it was clear that we were contributing something and Fish and Game is the environmental resource agency and it's always good to be involved when, you know, watersheds are working towards being protected.

Q So are you a part of the committee representing the Fish and Game Department or just as your own, as Jason?

A Fish and Game.

Q You're representing Fish and Game. Thank you. What is the committee working on now?

A Last week we were talking about some stream crossing work, culvert work.

Q Where is that?

A On South Shore Road in New Durham.

Q Okay.

A Along with doing some additional water quality studies for Mill Pond in Alton.

Q Is the committee working with EPA on permitting at all?

A They are, but I'm not sure to what degree.

I know that they're helping collect water quality data.

Q And you've been a -- I'm sorry to reiterate, but has there ever been a time that you were not on the cyanobacteria mitigation steering committee since its inception?

A No.

Q Okay.

A I've not attended every meeting.

Q Okay. So, Jason, in your opinion, is the Merrymeeting River in good shape, water quality-wise?

A After having read the watershed management plan, yeah, I think there's some areas that need to be addressed for long-term.

Q Is that a no?

A That would be no.

Q Has the nutrient pollution increased over time in the Merrymeeting River?

A I'm not sure. I think a lot of it hasn't been monitored until recently.

Q Has the production of fish increased at the Powder Mill Hatchery over time?

A It's remained fairly consistent.
Q It has not increased?
A No.
Q Tell me what you know about the issue of oxygen depletion in the Merrymeeting River.
A I'm sorry. What I know about oxygen depletion?
Q In the Merrymeeting River specifically.
A At our committee meeting last week they identified some areas down towards the sediments that have gone anoxic at times and no one could really determine why.
Q Does the oxygen depletion cause algal blooms?
A It's a contributing factor for certain algal blooms, but I'm not a limnologist.
Q When was the last time you were on the river or any of the ponds?
A Actually on the river?
Q Or at the river, by the river?
A I haven't really been near the river to observe it probably since I left there in 2009, 2010.

Q What about any of the ponds?
A No.
Q Have you seen photos of the river or the ponds?
A Yes.
Q How's the water look to you recently?
A I drove up the road the other day and it looked fine, but, obviously, some of photos that have been distributed, you know, show a different picture.
Q What other picture do they show?
A There are concerns about vegetation.
Q Vegetation decreasing?
A No, increasing.
Q Increasing, which is -- is there something concerning about increasing vegetation?
A I'm sorry?
Q Is there something concerning about increasing vegetation?
A Yeah.
Q What's that?
A They're indicating that it's becoming more eutrophic.

MS. GOVERN: Let's enter this as 13, please.

(Smith Exhibit 13, Photograph, was marked for identification.)

Q Jason, have you seen this document before?

A If not this exact one, one very similar.

Q What does this document look like to you?

A It looks to be like these are water sampling sites.

Q Is this a map of Merrymeeting River?

A The upper portion of it.

Q Is the hatchery on this map?

A It is.

Q Which way is the water flowing?

A Top of the page toward the bottom of the page.

Q Okay. Great. And what are some of the other sources of nutrient pollution in the Merrymeeting River that you see on this map?

A Well, I do know that the hillside east of the hatchery along Merrymeeting Road has been heavily logged and there was some issues with runoff going into the area just south of the Marsh

Pond boat area, for one.

Q How do you know about that?

A Because I drove up the road and visually observed it.

Q Has there been reporting of that logging and its effect on the river?

A There has not, but there's been verbal concerns.

Q From who?

A It comes up at some of these mitigation meetings.

Q Do you know how much logging was done?

A I want to say in the vicinity of 2,000 acres.

Q When was that done?

A Over the past couple of winters.

Q Okay. Anything else?

A You know, all the trees, they drop leaves in the river, coming right up. There's a couple of stream crossings there that probably have mild amounts of erosion. The Town boat ramp had some issues that have been fixed, but there was some erosion there.

If we go down toward the bottom of the map there's some agricultural. Downing Pond has septic systems that could potentially leak, and I do know from prior experiences living in the watershed that there is a waterfowl management area and there's a significant number of waterfowl and geese that are probably contributing at least their part to some of the nutrient load in the watershed.

Q You mentioned the septic systems around Downing Pond. About how many septic systems would you say there are, if you had to estimate?

A I don't know. I don't know. We talked about that at one of the earlier committee meetings.

Q Over 10?

A Yes, there is more than 10 residences there.

Q Over 50?

A I don't know if it's that high.

Q There's not many commercial entities along the river; is that correct?

A That is correct.

Q There's not a lot of development around

the river, is that correct, in general?
A It's a rural area.
Q Is the area you talked about, Downing Pond, where most of the septic systems are along the river?
A There's also residences along Merrymeeting Road.
Q How many about would you say?
A Probably around a dozen.
MS. GOVERN: I think that's all I have. Can we take a 10-minute break?
MR. ASLIN: Sure.
MS. GOVERN: And I don't think there would be much more.
(A short recess was taken.)
Q First, I just want to go quickly back to the solids. Before the interim system, Jason, before that was implemented, how often were -- how often was the Powder Mill Hatchery spreading on agricultural fields?
A So that's kind of a two-part answer.
Q Sure.
A Sometimes they would just spread it as

they went without storing it first.

Q Okay.

A So they would just drive it right down to the field and put it on or put it on the little field that's there.

Q Okay.

A But as far as using the bass ponds for storage, how frequently are those cleaned out, I don't recall the frequency.

Q Do you know how often it was happening where they would just drive down and spread?

A I don't. There's some seasonable variability because, obviously, we can't do that when there's snow on the ground or mud season.

Q Was there a period where there was no spreading on any agricultural fields?

A I don't recall.

Q Were solids ever spread at the hatchery itself?

A On the lawn.

Q Where is the lawn?

A The lawn is in between those -- if you look at your map.

Q Exhibit 10?
A Yeah, Exhibit 10. This section right here, there's a fairly good blueprint there (indicating.) We can take several loads, but not, by all means, all of it.
Q And, Jason, you're pointing to the far right side of the map on the right of the circular tanks?
A I am.
Q Okay.
A Which is now where the biochip reactor is.
Q How often would you say that spreading occurred at that point?
A During the summer, it could be a couple of times a week, but I don't know for sure.
Q Anywhere else on the property?
A No.
Q Okay. Does any spreading at the hatchery occur now after the interim system has been implemented?
A I don't know. I think -- I honestly don't know. I think they're trying to get the system evaluated more, but I'm not sure 100 percent.

Q Would Edward know about how and when the spreading happens?
A He would.
Q Okay. Jason, what do you know about New Hampshire state water quality standards?
A Not a ton, just, you know, from dealing with some of these permits.
Q Have you ever read through them?
A I have.
Q How often have you read through them?
A I've read through them, obviously, when I became a hatchery manager. When I started at the hatcheries, you know, I was involved in the last two renewal processes, and Powder Mills, I read through within the past couple weeks.
Q Okay.
A But I generally don't read through the whole document at once. I'll go reference a specific section.
Q How often would you say you go back to reference sections of the water quality standards?
A It's not very frequently, maybe once a month.

MR. ASLIN: Can I ask for clarification?
MS. GOVERN: Sure.
MR. ASLIN: Are you talking about water quality standards or the permits?
Q The actual state water quality standards, yes.
A I'm sorry. I very infrequently do that. I just focus on what we have in our permits.
Q Got it. And by "infrequently," what do you mean?
A Maybe once in my career, once or twice.
Q Can you tell me anything about the narrative state water quality standards?
A Not without misspeaking, you know, I got the general concepts of them.
Q What would you say the general concept is?
A In the absence of numerical values, you know, you're supposed to maintain a certain trophic status of a receiving water.
Q What does it mean for a water body to be listed on the 303(d) list?
A It means it's an impaired water body that could be varied since.

Q Are you familiar with the water bodies listed on the 303(d) list in New Hampshire?

A Some of them.

Q Are you familiar with the water bodies that are listed as impaired that are close to the hatcheries in New Hampshire?

A Some of them.

Q Which ones?

A Marsh, Jones, Downing, Wentworth and Mill Pond.

Q Okay.

A Among others.

Q What are they impaired for?

A Some of them are cyanobacteria and I'm not sure what all of them are impaired for.

Q Is there a cyanobacteria problem throughout the State of New Hampshire?

A I don't know how widespread it is, but, I mean, I'm not sure what -- it's all relative what you perceive as a problem.

Q Is it a problem at the water bodies near the Powder Mill Hatchery?

A Several of them, yeah.

Q Yes.
A Yes.
MS. GOVERN: Okay. I think we're done. Thank you.
MR. ASLIN: I have nothing.
(Deposition concluded at 1:59 p.m.)

CERTIFICATE OF WITNESS

I, JASON SMITH, have read the foregoing transcript of deposition taken on Friday, September 20, 2019, at Conservation Law Foundation, Inc., 27 North Main Street, Concord, New Hampshire, and do hereby swear/affirm it is an accurate and complete record of my testimony given under oath in the matter of CONSERVATION LAW FOUNDATION, INC. V. NEW HAMPSHIRE FISH AND GAME DEPARTMENT, ET AL., including any and all corrections that may appear on those pages so denoted as "Corrections."

_________________________________
JASON SMITH

STATE OF _____________
COUNTY OF ____________

Subscribed and sworn to before me this ______ day of _______________________, 20_____.

________________________________
NOTARY PUBLIC _______ J.P. _____
My Commission Expires:__________

CORRECTION AND SIGNATURE PAGE

DEPOSITION OF: JASON SMITH

DATE OF DEPOSITION: September 20, 2019

PAGE LINE NOW READS SHOULD READ

____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________
____ ____ ___________________ ___________________

Signed this ______ day of __________________, 2019.

_________________________

JASON SMITH

C E R T I F I C A T E

I, PAMELA A. NOSTRAND, a Certified Shorthand Court Reporter in the State of New Hampshire, do hereby certify that the foregoing is a true and accurate transcript of my stenographic notes of the deposition of Jason Smith, who was first duly sworn, taken at the place and on the date hereinbefore set forth.

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this deposition was taken, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in this action.

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.

______________________________

PAMELA A. NOSTRAND, LCR