## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| _____ )<br><br>CONSERVATION LAW FOUNDATION, INC., )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br> )<br>SCOTT MASON, in his official capacity as )<br>Executive Director of the New Hampshire )<br>Fish and Game Department, *et al.*, )<br> )<br>      Defendants. )<br>_____ ) | Civil Action No. 1:18-cv-00996-PB |

## JOINT STIPULATION AND NOTICE OF DISMISSAL OF DAVID PATCH, CHRISTINA LUPPI, AND FREDERICK T. BIRD WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Scott Mason and the individual members of the Commission in their official capacity (collectively, "Scott Mason, et al."), hereby jointly stipulate to dismiss David Patch, Christina Luppi, and Frederick T. Bird as Defendants, with prejudice. Specifically, the Parties stipulate and agree as follows:

1.      On October 31, 2018, CLF filed a Complaint against New Hampshire Fish and Game Department, et al. (ECF No. 1). On March 27, 2019, CLF filed an Amended Complaint against New Hampshire Fish and Game Department, et al. (ECF No. 20).

2.      On August 8, 2020, CLF filed a Joint Stipulation and Notice of Dismissal of the New Hampshire Fish and Game Department, the New Hampshire Fish and Game Commission, Barry Carr, and Todd Baldwin With Prejudice (ECF No. 29). On August 29, 2020, CLF filed an Unopposed Motion to Add Additional Defendants (ECF No. 33) in order to add Commissioners

of the New Hampshire Fish & Game Commission ("Commissioners") Frederick T. Bird, Paul DeBow, and Marc Lachance.  CLF's Motion to Add Commissioners Bird, DeBow, and Lachance as additional defendants was granted on September 20, 2019 (ECF No. 33A).

3.      On October 20, 2020, CLF filed a Joint Stipulation and Notice of Dismissal of Glenn Normandeau and Robert Phillipson With Prejudice (ECF No. 91).  On October 20, 2020, CLF filed an Unopposed Motion to Add Additional Defendants (ECF No. 92) in order to add Executive Director of the New Hampshire Department of Fish and Game ("Executive Director") Scott Mason and Commissioner John Caveney.  CLF's Motion to Add Executive Director Mason and Commissioner Caveney as additional defendants was granted on October 21, 2020 (ECF No. 92A).

4.      As of June 30, 2021, Mr. Patch is no longer a Commissioner.  Therefore Mr. Patch does not have any official capacity as Commissioner.

5.      As of March 12, 2021, Ms. Luppi is no longer a Commissioner.  Therefore Ms. Luppi does not have any official capacity as Commissioner.

6.      As of June 30, 2021, Mr. Bird is no longer a Commissioner.  Therefore Mr. Bird does not have any official capacity as Commissioner.

7.      This dismissal of Ms. Luppi and Messrs. Patch and Bird will not impact the pendency of this action against the other remaining Defendants, against whom this action is not dismissed.  The other remaining Defendants are the following individual members of the Commission in their official capacity: Paul G. McGinnis, Christopher Hodgdon, Eric G. Stohl, Ray Green, Bruce Temple, Paul DeBow, Marc Lachance, and John Caveney.

8.      This stipulation shall not bar the parties and their respective successors and assigns from seeking any appropriate remedy against one another arising out of any breach of the terms of

this Stipulation.

9.      Dismissal pursuant to Federal Rule 41(a)(1)(A)(ii) is appropriate because this Stipulation is signed by all parties who have appeared.

**NOW, THEREFORE**, Plaintiff CLF and Defendants Scott Mason et al. jointly enter this stipulation to dismiss CLF's claims against David Patch, Christina Luppi, and Frederick T. Bird with prejudice, each party bearing its own costs and attorneys' fees.

Respectfully Submitted,

CONSERVATION LAW FOUNDATION, INC.

Dated: April 28, 2022                    By its attorneys:

_/s/ Heather A. Govern_
Heather A. Govern, *Admitted Pro Hac Vice*
Chelsea E. Kendall, *Admitted Pro Hac Vice*
Conservation Law Foundation
62 Summer St.
Boston, MA 02110
(617) 850-1765
hgovern@clf.org

_/s/Thomas F. Irwin_
Thomas F. Irwin
N.H. Bar No. 11302
Conservation Law Foundation
27 North Main Street
Concord, NH 03301
(603) 225-3060
tirwin@clf.org

SCOTT MASON;
ERIC G. STOHL;
DAVID PATCH;
FREDERICK T. BIRD;
JOHN CAVENEY;
PAUL DeBOW;
RAY GREEN;
CHRISTOPHER HODGDON;

MARC LACHANCE;
CHRISTINA LUPPI;
PAUL G. MCINNIS; and
BRUCE TEMPLE

By their attorney,
JOHN M. FORMELLA
Attorney General

/s/ Christopher G. Aslin
Christopher G. Aslin, Bar No. 18285
Senior Assistant Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301-6397
(603) 271-3679
christopher.g.aslin@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation and Notice of Dismissal was served via

the Electronic Case Filing ("ECF") System on counsel of record in the above-captioned

proceeding.

Dated: April 28, 2022                    /s/ Thomas F. Irwin
                                         Thomas F. Irwin, Esq. (N.H. Bar # 11302)
                                         Conservation Law Foundation
                                         27 North Main Street
                                         Concord, NH 03301
                                         (603) 225-3060
                                         tirwin@clf.org