# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT MASON, in his official capacity as EXECUTIVE DIRECTOR of the NEW HAMPSHIRE FISH AND GAME DEPARTMENT; and JOHN CAVENEY, PAUL DEBOW, ALBERT J. DEROSA, RAY GREEN, CHRISTOPHER HODGDON, MEGGAN HODGSON, MARC LACHANCE, PAUL G. MCINNIS, SUSAN PRICE, ERIC G. STOHL, and BRUCE TEMPLE, in their official capacities as the COMMISSIONERS of the NEW HAMPSHIRE FISH AND GAME COMMISSION,<br><br>  Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>  Plaintiff-Intervenor,<br><br>  v.<br><br>STATE OF NEW HAMPSHIRE; and NEW HAMPSHIRE FISH AND GAME DEPARTMENT,<br><br>  Defendants. | **Civil No. 1:18-cv-00996-PB** |

## NOTICE OF LODGING OF PROPOSED CONSENT DECREE

Consistent with 28 C.F.R. § 50.7 and Paragraph 67 of the attached proposed Consent Decree ("Decree"), the United States lodges the proposed Decree, which if entered would resolve the claims in the complaint filed by Plaintiff Conservation Law Foundation ("CLF")

against Defendants New Hampshire Fish and Game Department ("NHF&G"), the Executive Director of NHF&G, and Commissioners of the New Hampshire Fish and Game Commission, and the claims in the complaint filed by Plaintiff-Intervenor United States against Defendants State of New Hampshire and NHF&G, subject to certain limited reservations of rights set forth in the Decree.

The United States is required by regulation to invite public comment on the proposed Decree for a period of 30 days before determining whether to seek its approval by the Court. 28 C.F.R. § 50.7.  The comment period will commence upon publication of a notice in the *Federal Register*, which we expect will occur within approximately 10 business days of the filing of this Notice.  Upon expiration of that 30-day comment period, in accordance with 28 C.F.R. § 50.7, the United States will review any comments submitted and determine whether they disclose facts or considerations indicating that the proposed Decree is inappropriate, improper, or inadequate.  If not, the United States will file a motion to enter the Consent Decree as a final judgment.

The United States therefore requests that the Court **take no action with respect to the proposed Consent Decree, until and unless the public comment period expires and the United States moves for entry of the Consent Decree or otherwise advises the Court**.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

| | |
|---|---|
| Dated: September 7, 2022 | /s/ David Laufman Weigert |
| | DAVID LAUFMAN WEIGERT |
| | Environmental Enforcement Section |
| | Environment and Natural Resources Division |
| | U.S. Department of Justice |
| | P.O. Box 7611 |
| | Washington, DC  20044-7611 |
| | (202) 514-0133 |
| | david.weigert@usdoj.gov |

OF COUNSEL:

TONIA BANDROWICZ
Senior Enforcement Counsel
MICHAEL KNAPP
Senior Enforcement Counsel
U.S. Environmental Protection Agency, Region 1
5 Post Office Square
Boston, MA 02109