Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Conservation Law Foundation, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-00996-PB |
| SCOTT MASON, in his official capacity as Executive Director of the New Hampshire Fish and Game Department, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF HEATHER GOVERN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS OF LITIGATION**

1. I am a Vice President and the Director of Conservation Law Foundation, Inc.'s ("CLF") Clean Air and Water Program. I am co-lead counsel alongside Thomas Irwin, Vice President and Director of CLF's New Hampshire office, in this matter.

2. Chelsea Kendall is a current CLF staff attorney, and Rohemir Ramirez and Kenta Tsuda are former CLF staff attorneys. Caitlin Peale Sloan is the current Vice President and Director of CLF's Massachusetts Office and was a staff attorney in 2018 when she worked on this matter. Ethan Hsi is a current CLF paralegal, and Rachel Sinsheimer, Alex Charnov, and Esther Ritchin are former CLF paralegals.

3. CLF currently employs approximately 35 attorneys and a total of approximately 100 staff across the six New England states.

1

**I.      Background and Experience of CLF Attorneys: Heather Govern, Caitlin Peale Sloan, Rohemir Ramirez, and Kenta Tsuda.**

*Background and Experience of Heather Govern*

4.      I have nine years of specialized environmental litigation experience, with a focus on citizen suits under the Clean Air Act and the Clean Water Act. I am a member in good standing of the Massachusetts Bar, and I am admitted to practice in the United States District Court for the District of Massachusetts, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for the Fifth Circuit. I graduated from Northeastern University School of Law in 2013, and I worked as a Staff Attorney with the National Environmental Law Center (NELC) from 2013-2018. During my time at NELC, I worked exclusively on litigating citizen lawsuits to enforce federal environmental statutes.

5.      I joined CLF in January 2018 and was named Vice President and Director of CLF's Clean Air and Water Program in April 2018. CLF's Clean Air and Water Program works to reduce pollution in New England's air and water through litigation and other forms of advocacy.

6.      I manage a team of 14 attorneys and three advocates in the Clean Air and Water Program. Most of the attorneys focus on citizen lawsuits to enforce the Clean Water Act and the Clean Air Act. I am responsible for setting CLF's strategic plan for the Clean Air and Water Program, determining litigation and policy priorities, and allocating staff and financial resources for the Program.

7.      As a CLF Vice President, I am a member of CLF's Senior Team and serve a role in strategic planning, including determining advocacy priorities for the organization as a whole.

8. I am also an adjunct professor of law at Northeastern University School of Law, where I teach the course "Natural Resources Law."

*Background and Experience of Caitlin Peale Sloan*

9. Attorney Peale Sloan graduated from Columbia University School of Law in 2010. She began working at CLF in 2010 as a Legal Fellow, and in 2018, she held the title of Staff Attorney and was a member of the Clean Air and Water Program. Attorney Peale Sloan worked on this case from June to July of 2018. Attorney Peale Sloan had seven years of specialized environmental law experience at the time she worked on this case, including experience with Clean Water Act citizen lawsuits. Attorney Peale Sloan is now the Vice President and Director for CLF's Massachusetts office.

*Background and Experience of Rohemir Ramirez*

10. Attorney Ramirez graduated from the University of Puerto Rico School of Law in 2012 and received an LLM from Harvard Law School in 2015. Attorney Ramirez worked as an Honors Attorney Fellow at the Environmental Protection Agency, Region 1 from 2015-2017 and served as a Judicial Law Clerk to the Honorable Juan R. Torruella of the United States Court of Appeals for the First Circuit from 2017-2018. Attorney Ramirez worked at CLF and on this case from August 2018 until October 2019. At that time, Attorney Ramirez had five years of civil litigation experience, including two years of specialized experience in environmental enforcement litigation.

*Background and Experience of Kenta Tsuda*

11. Attorney Tsuda graduated magna cum laude from Harvard Law School in 2014. He practiced at Boies, Schiller & Flexner from 2014-2015, and then at EarthJustice from 2015-2018. Attorney Tsuda served as a judicial law clerk for the Honorable Patrick E. Higginbotham

3

of the United States Court of Appeals for the Fifth Circuit from 2018-2019. Attorney Tsuda worked at CLF and on this case from September 2019 until September 2021. At that time, Attorney Tsuda had five years of civil litigation experience including three years of specialized experience in environmental litigation.

## II.  Time Records and Documentation

12. CLF attorneys have reviewed all of their time records in this matter and have exercised reasonable billing judgment. CLF omitted time entries in certain categories, including: (1) time spent by eleven legal interns other than Attorney Kendall, including time spent on necessary and substantive legal research, brief drafting, and cite checking; (2) time spent conducting legal research to support this fee petition by a junior attorney; (3) time spent by four undergraduate interns creating tables and demonstratives of data, conducting factual research, and reviewing documents produced by the Defendants; (4) time spent responding to media requests; (5) time spent by Attorneys Ramirez and Kendall traveling to and from Concord, New Hampshire and attending hearings and depositions where Attorney Govern was arguing or taking a deposition; and (6) time spent by paralegals and attorneys on calendaring deadlines, organizing calendars, and maintaining internal file systems other than the electronic discovery platform.

*Recordkeeping of Attorney Govern*

13. I have expended a total of 434.2 hours working on this case since its initial research phase in 2018. I have exercised billing discretion as described above and not included a portion of my hours.

14. I have reviewed contemporaneously generated time- and date-stamped emails, calendar entries, docket entries, and contemporaneous recordkeeping to conservatively assess time I spent on matters in this case, as documented in Exhibit 7. The 434.2 hours documented in

4

Exhibit 7 do not represent the entirety of the time I spent on this case or all of the tasks in which I engaged.

15. In light of my experience and expertise, a reasonable rate for my services is $365 per hour for my work completed from 2018-2019, $375 per hour for my work completed from 2020-2021, and $385 per hour for my work completed in 2022. Accordingly, I am requesting a total of $161,044 for my legal services.

*Recordkeeping of Attorneys Peale Sloan, Ramirez, and Tsuda*

16. Attorney Peale Sloan expended a total of 6.1 hours working on this case in 2018. Attorney Ramirez expended a total of 178.8 hours working on this case from 2018-2019. Attorney Tsuda expended a total of 375.1 hours working on this case from 2019-2021.

17. Attorneys Peale Sloan, Ramirez, and Tsuda kept their time records for this case in contemporaneous time logs. I attest that the spreadsheet in Exhibit 7 includes an accurate and reasonable summary of the hours kept and provided by Attorney Peale Sloan, Ramirez, and Tsuda. As Attorneys Ramirez and Tsuda are no longer employed by CLF, their time logs were conservatively supplemented using contemporaneously generated time- and date-stamped emails, calendar entries, and docket entries.

18. In light of their experience and expertise, a reasonable rate for the services of Attorneys Peale Sloan, Ramirez, and Tsuda for their work on this case is $265 per hour for work completed from 2018-2019, $275 per hour for work completed from 2020-2021, and $285 per hour for my work completed in 2022. Accordingly, CLF is requesting a total of $1,617 for the legal services of Attorney Peale Sloan, $47,382 for the legal services of Attorney Ramirez, and $102,528 for the legal services of Attorney Tsuda.

**III.     Descriptions of Exhibits to the Memorandum of Law in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs of Litigation.**

19. Attached to the Memorandum of Law in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs of Litigation (the "Memorandum") as Exhibit 2 is a true and accurate copy of the Declaration of Thomas F. Irwin in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs of Litigation.

20. Attached to the Memorandum as Exhibit 3 is a true and accurate copy of the Declaration of Peter F. Burger in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs of Litigation.

21. Attached to the Memorandum as Exhibit 4 is a true and accurate copy of select pages from the New Hampshire Bar Association's 2022 Economics of Law Practice Survey Analysis of Survey Results prepared by the University of New Hampshire Survey Center.

22. Attached to the Memorandum as Exhibit 5 is a true and accurate copy of the Declaration of Chelsea Kendall in Support of Plaintiff's Motion for Award of Attorneys' Fees and Costs of Litigation.

23. Attached to the Memorandum as Exhibit 6 is a true and accurate copy of a chart summarizing the hours worked by certain CLF timekeepers, the rate CLF is requesting for each timekeeper's work, the total lodestar amount requested for each timekeeper, and the litigation costs for which CLF is requesting an award.

24. Attached to the Memorandum as Exhibit 7 is a true and accurate copy of an Excel spreadsheet detailing each time entry recorded by each CLF timekeeper for whom CLF is requesting fees.

25. Attached to the Memorandum as Exhibit 8 is a true and accurate copy of a chart detailing each expense and litigation cost for which CLF is requesting an award.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2022

                                             /s/ Heather A. Govern
                                             Heather A. Govern, Esq.