# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Conservation Law Foundation, Inc., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:18-cv-00996-PB |
| SCOTT MASON, in his official capacity as Executive Director of the New Hampshire Fish and Game Department, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF THOMAS F. IRWIN IN SUPPORT OF PLAINTIFF'S MOTION
FOR AWARD OF ATTORNEYS' FEES AND COSTS OF LITIGATION**

1. I am a Vice President and the Director of Conservation Law Foundation, Inc.'s ("CLF") New Hampshire office. I am co-lead counsel alongside Heather Govern, Vice President and Director of CLF's Clean Air and Water Program, in this matter, as well as local counsel.

2. I have been practicing law in New Hampshire for 26 years and have 24 years of specialized environmental law experience. I am a member in good standing of the New Hampshire Bar and am admitted to practice in the United States District Court of New Hampshire. I graduated from Vermont Law School *magnum cum laude* with a J.D. and an M.S. in Environmental Law and Policy in 1995. In 1995 and 1996, I worked for a year as a Judicial Law Clerk to the Honorable Justice Caroline D. Glassman of the Maine Supreme Judicial Court. Thereafter, until late 1998, I practiced at the Manchester, New Hampshire-based law firm Devine, Millimet & Branch, with a focus on civil litigation.

3. I began working at CLF in December 1998 as a Staff Attorney. I subsequently worked as a Senior Attorney and, since 2010, have served as Vice President and Director of

CLF's New Hampshire office. During my time at CLF, I have served as lead counsel in numerous state law matters, including lawsuits, agency proceedings, administrative appeals, and appeals before the New Hampshire Supreme Court, involving state laws related to wetlands, water resources, solid waste management, transportation, energy, and the use of public trust resources. I also have served as lead counsel for CLF in numerous federal agency matters, including matters involving the Clean Water Act, and in two actions in this court involving federal environmental statutes (the National Environmental Policy Act and the Clean Water Act). I have served as co-counsel on several Clean Water Act enforcement cases in this court.

4. In addition to my litigation experience, I also have led numerous advocacy initiatives in New Hampshire, including: restoring and protecting the health of the Great Bay estuary, primarily through administrative-law advocacy and litigation, both using the Clean Water Act; securing stronger state laws to better protect children from childhood lead poisoning; advancing environmental justice campaigns to address environmental and public health issues disproportionately affecting low-income communities and communities of color; and promoting a more balanced transportation system using state and federal laws.

5. In my role as CLF's New Hampshire Director, I manage a team of six New Hampshire staff, including two attorneys, two non-attorney advocates, a coordinator related to Great Bay efforts, and our office manager. I work closely with CLF's New Hampshire State Advisory Board, am involved in the recruitment and hiring of CLF's New Hampshire-based staff, and, in coordination with other members of CLF's Senior Team, determine litigation and policy priorities and allocate staff and resources for CLF's New Hampshire-based advocacy. I also engage directly in legal advocacy.

6. As a CLF Vice President, I am a member of CLF's Senior Team and serve a role in strategic planning, including developing advocacy priorities, for the organization as a whole.

7. I have worked closely with Attorney Govern and other CLF attorneys in this case, providing input and assistance on case development and pleadings and engaging in settlement negotiations and mediation with the Fish & Game Department. I took the lead role for CLF in the global settlement discussions with the Fish & Game Department and the Environmental Protection Agency that resulted in the Consent Decree approved by the Court on November 17, 2022.

8. I have reviewed contemporaneously generated time- and date-stamped emails, calendar entries, and existing contemporaneous recordkeeping to conservatively assess time I spent on matters in this case, as documented in Exhibit 7. The 167.4 hours documented in Exhibit 7 do not represent the entirety of the time I spent on this case or all of the tasks in which I engaged.

9. In light of my experience and expertise, a reasonable rate for my services is $365 per hour for my work completed in 2018 and 2019, $375 per hour for my work completed in 2020 and 2021, and $385 per hour for my work completed in 2022. Accordingly, and applying these rates to the time documented in Exhibit 7, I am requesting a total of $62,233 for my legal services.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2022

/s/ Thomas F. Irwin
Thomas F. Irwin