# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Conservation Law Foundation, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00996-PB |
| ) | |
| SCOTT MASON, in his official capacity as ) | |
| Executive Director of the New Hampshire ) | |
| Fish and Game Department, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF PETER F. BURGER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS OF LITIGATION**

NOW COMES the Affiant and on his oath deposes and says as follows:

1. My name is Peter F. Burger. I am a member of the firm Orr & Reno P.A., 45 S. Main Street, Concord, NH 03301. I am a member in good standing of New Hampshire and Massachusetts bars and have been a practicing lawyer in New Hampshire since 1988.

2. I joined Orr & Reno in 1988 and am now a shareholder, director, and president. My primary areas of practice have been mergers and acquisitions and corporate transactions.

3. As a director and president of the firm I have been regularly involved in the process of establishing the hourly rates for attorneys and paralegals working for the firm. As a result, I am familiar with the market rates in New Hampshire charged for legal services.

4. To offer my expert opinion on the issue of the reasonableness of attorney fee rates in this case, I rely on my experience and familiarity with rates charged by attorneys in private practice in New Hampshire with comparable, experience, skill, and expertise to those attorneys on CLF's legal team working on this case.

1

5.  In assessing the reasonableness of CLF's fees, I have reviewed:

    a.  Information regarding the background of the CLF attorneys engaged in work on this case and their respective roles; and

    b.  Orr & Reno's rate structure and its increased rates for attorneys and paralegals over the last five years.

6.  I understand that CLF attorneys are entitled to compensation commensurate with attorneys in the private sector with reasonably comparable skill, experience, and reputation. *Blum v. Stenson*, 465 U.S. 886 (1984).

7.  As is typical for New Hampshire firms, Orr & Reno increases its rates by approximately $10 every year to reflect inflation and increased experience.

8.  Based on my review, I determined that the rates sought by CLF are comparable to the rates charged by New Hampshire and Orr & Reno attorneys and paralegals, with similar levels of skill, experience, and expertise, and are therefore fair and reasonable.

9.  *Thomas Irwin.* I understand that Attorney Irwin is an experienced litigator who has practiced in New Hampshire for 26 years, with 24 years of specialized environmental law experience, and expertise in litigation under federal and state environmental statutes. As a Vice President and the Director of CLF New Hampshire, he is responsible for managing a team of New Hampshire-based attorneys and advocates. He was involved in strategy decisions, settlement negotiations, and final review of key briefings for this case. Attorney Irwin's litigation and management experience would be commensurate with that of a partner at Orr & Reno. Attorney Irwin's rates of $365 for 2018-2019, $375 for 2020-2021, and $385 for 2022 are consistent with or below what he could command in private practice in New Hampshire. Therefore, his rate is reasonable.

10. *Heather Govern.* I understand that Attorney Govern is an experienced litigator with nine years of specialized experience litigating citizen suits under federal environmental statutes, including the Clean Water Act. As Vice President and the Director of CLF's Clean Air and Water Program she is responsible for managing a team of attorneys and advocates focused on litigation and policy to reduce water and air pollution in New England. Attorney Govern is also an adjunct professor of law at Northeastern University. She was involved in making strategy decisions, supervising the drafting of briefings and other work product, and taking depositions for this case. Attorney Govern's litigation and management experience would be commensurate with that of a partner at Orr & Reno. Attorney Govern's rates of $365 for 2018-2019, $375 for 2020-2021, and $385 for 2022 are consistent with what she could command in private practice in New Hampshire. Therefore, her rate is reasonable.

11. *Rohemir Ramirez.* I understand that in August 2018 when he began working on this case, Attorney Ramirez was a Staff Attorney at CLF with five years of civil litigation experience, and two years of specialized experience in environmental enforcement litigation. Attorney Ramirez holds a Master of Laws (LLM) degree from Harvard Law School and clerked for the United States Court of Appeals for the First Circuit. During his time working on this case (August 2018-October 2019), he was responsible for correspondence with opposing counsel, discovery, and the majority of brief and motion drafting. Attorney Ramirez's litigation experience while he was attorney of record on this case would be commensurate with that of a senior associate at Orr & Reno. Attorney Ramirez's rate of $265 for his work in 2018-2019 are consistent with what he could command in private practice in New Hampshire. Therefore, his rate is reasonable.

12. *Kenta Tsuda.* I understand that in September 2019 when he began working on this case, Attorney Tsuda was a Staff Attorney at CLF with five years of civil litigation experience, including three years of specialized experience in environmental litigation. Attorney Tsuda graduated Magna cum Laude from Harvard Law School and clerked for the United States Court of Appeals for the Fifth Circuit. During his time on this case (September 2019-September 2021), he led the drafting of CLF's briefing, corresponded with opposing counsel, and participated in settlement negotiations. Attorney Tsuda's litigation experience while he was attorney of record on this case would be commensurate with that of a senior associate at Orr & Reno. Attorney Tsuda's rates of $265 for 2019 and his rate of $275 for 2020-2021 are consistent with what he could command in private practice in New Hampshire. Therefore, his rates are reasonable.

13. *Caitlin Peale Sloan.* I understand that Attorney Peale Sloan is an experienced litigator who had seven years of specialized environmental enforcement and Clean Water Act citizen suit experience when she worked on this case in 2018. Attorney Peale Sloan graduated from Columbia Law School. In 2018, Attorney Peale Sloan's title was Staff Attorney; she has since taken on the position of Vice President and Director for CLF's Massachusetts office. Attorney Peale Sloan's rate of $265 for the work she completed on this case in 2018 is consistent with what she could command in private practice in New Hampshire. Therefore, her rate is reasonable.

14. *Chelsea Kendall.* I understand that Attorney Kendall has three years of specialized environmental enforcement and Clean Water Act citizen suit experience with CLF. As a student in the University of Chicago Law School's Abrams Environmental Law Clinic from 2017-2019, she worked on a citizen suit against U. S. Steel over violations of the

4

Clean Water Act. Attorney Kendall's litigation experience while a summer intern with CLF in 2018 would be commensurate with that of a summer associate at Orr & Reno. Her litigation experience in 2019-2022 would be commensurate with that of a junior associate at Orr & Reno. Attorney Kendall's rates of $140 for 2018, $190 for 2019, $200 for 2020-2021, and $210 for 2022 are consistent with what she could command in private practice in New Hampshire. Therefore, her rates are reasonable.

15. I understand that Rachel Sinsheimer, Alex Charnov, Esther Ritchin, and Ethan Hsi were or are paralegals with CLF. Ms. Sinsheimer worked at CLF until August 2018 case, and had more than two years of specialized experience working on Clean Water Act citizen suits both at CLF and at Clean Water Action. Mr. Charnov worked at CLF from July 2018 until June 2020, Ms. Ritchin worked at CLF from June 2020 until June 2022, and Mr. Hsi has worked at CLF since June 2022. Ms. Sinsheimer, Mr. Charnov, Ms. Ritchin, and Mr. Hsi worked on fact research, editing filings, and managing administrative tasks such as compiling and Bates stamping documents for production. The billing rates set for paralegal work of $140 from 2018-2019, $150 from 2020-2021, and $160 for 2022 are reasonable and in keeping with the billing rates for paralegals at Orr & Reno.

DATED: December 1, 2022  Respectfully submitted,

/s/ PETER BURGER

45 S. Main Street
Concord, NH 03301
(603) 223-8104
pburger@orr-reno.com

5