# Exhibit 4

# New Hampshire Bar Association
## 2022 Economics of Law Practice Survey
### Analysis of Survey Results





The Survey Center

**Access the entire survey online at nhbar.org/econlaw-survey-results/**







# 2022 Economics of Law Practice Survey

**Prepared by:**
Sean P. McKinley, M.A.
Zachary S. Azem, M.A.
Tracy Keirns, P.h.D.

The Survey Center
University of New Hampshire
September, 2022

*The University of New Hampshire*
**Survey Center**

The UNH Survey Center is an independent, non-partisan academic survey research organization and division of the UNH College of Liberal Arts.

The Survey Center conducts telephone, mail, web, and intercept surveys, as well as focus groups and other qualitative research for university researchers, government agencies, public non-profit organizations, private businesses and media clients.

Our senior staff have over 50 years experience in designing and conducting custom research on a broad range of political, social, health care, and other public policy issues.

Dr. Andrew E. Smith, Director
UNH Survey Center
9 Madbury Road, Suite 402
Durham, New Hampshire 03824
603-862-2226
Andrew.Smith@unh.edu

# Table of Contents

Introduction ...................................................................................................................................1

Attorney and Practice Demographics (Section 1) ........................................................................4

    Respondent Demographics ..................................................................................................4

    Practice Demographics ........................................................................................................6

Employment Status of Attorneys (Section 2) ..............................................................................12

    Current Employment Status ..............................................................................................12

    2021 Employment ..............................................................................................................19

2021 Earnings & Benefits (Section 3) .........................................................................................22

    Attorney Earnings & Benefits ...........................................................................................22

    Staff Salaries & Benefits ...................................................................................................38

Current Firm Practices (Section 4) .............................................................................................45

    Firm Billing & Finances ....................................................................................................45

    Firm Staffing .....................................................................................................................60

Firm Expenditures & Technology (Section 5) ............................................................................64

COVID-19 Impact (Section 6) ....................................................................................................70

Student Loans (Section 7) ...........................................................................................................76

Retirement from the Practice of Law (Section 8) .......................................................................79

Appendix A: Detailed Tabular Results .......................................................................................83

Appendix B: Open-ended Responses ........................................................................................234

Appendix C: Survey Instrument ................................................................................................263

# Introduction

The University of New Hampshire Survey Center conducted a survey for the New Hampshire Bar Association to better understand the state of the legal profession in New Hampshire. On March 23, 2022, an email invitation was sent to 5,751 New Hampshire Bar Association Members, a group comprised of all active NHBA members, as well as members who changed from active to any inactive status from January 1,2020 – March 23, 2022. Email, mail, and phone reminders were sent to non-responders by both UNH and NHBA. The survey was closed on April 15, 2022. One thousand, four hundred and five (1,405) members completed the survey, yielding an overall response rate of 24%.

The following figures display survey results including any demographic differences, Appendix A contains detailed tabular results, Appendix B contains open-ended responses, and Appendix C contains the survey instrument. Due to rounding, percentages may not sum to 100%.

## Survey Topics
Topics addressed in the survey include:

- Attorney and Practice Demographics (Section 1)
- Employment Status of Attorneys (Section 2)
- 2021 Earnings & Benefits (Section 3)
- Current Firm Practices (Section 4)
- Firm Expenditures & Technology (Section 5)
- COVID-19 Impact (Section 6)
- Student Loans (Section 7)
- Retirement from the Practice of Law (Section 8)

## Measures of Central Tendency

To help practitioners interpret the information provided in the exhibits, here is a brief discussion of measures of central tendency (median and mean) and dispersion (spread).

The **mean** is calculated by adding the values of all responses, then dividing by the number of responses.

> *Example*: Three responses – 1, 2 and 3 – are reported. The mean is calculated by adding their values (1+2+3=6), then dividing by the number of responses (3). Thus, the mean is 6÷3=2.

The **median** is the middle value of a series (distribution) of values. By definition, half the numbers are greater, and half are less than the median. Both mean and median values are used throughout this survey report to denote the measure of central tendency. Use of the median as a statistic for central tendency reduces the effect of "outliers" (extremely high or low values, such as 30), while the mean does not.

> *Example*: Three responses – 1, 2 and 30 – are reported. The **median** is the middle number of the order of distribution (1, 2, 30) or 2. The **mean** of this same distribution is 33 divided by 3 = 11.

## Measures of Central Dispersion (Spread)

The dispersion of data around the **median** (**the 50th percentile**) is based on 3 values:

> **25th percentile** (lower quartile). One-fourth of the values are less and three-fourths are more than this value.
>
> **75th percentile** (upper quartile). Three-fourths of the values are less and one-fourth are more than this value.
>
> **95th percentile**. Ninety-five percent of the values are less and five percent are more than this value.

## New Hampshire Regions Defined

The ten counties in New Hampshire are collapsed into five regions along with a region for Massachusetts respondents and an additional region which includes other out-of-state respondents:

> **Region 1:** Hillsborough County
> **Region 2:** Merrimack County
> **Region 3:** Seacoast New Hampshire (Rockingham and Strafford Counties)
> **Region 4:** Western New Hampshire (Cheshire, Grafton, and Sullivan Counties)
> **Region 5:** Central/Northern New Hampshire (Belknap, Carroll, and Coos Counties)
> **Region 6:** Massachusetts
> **Region 7:** Other states

## Interpreting Findings

The survey was conducted in 2022 but includes questions concerning attorneys' primary income, supplemental income, benefits, billable hours, vacation, and general employment status in 2021. Each of these questions asking for results from 2021 are noted as such in the report. **Primary** income represents total personal income (after expenses) or salaries from the practice of law, before taxes, including bonuses.

To denote gaps, such as the "gender gap" of reported income, the term "gap" is used on selected figures as a proportion calculated as the median value of one group divided by another. Hypothetically, a reported median income of $85,000 for a group of female attorneys divided by $100,000 for a like group of male attorneys yields the proportion of .85. This could be interpreted in plain English as this group (cohort) of females earns "85 cents on the dollar" compared with their male cohort.

Readers should use particular caution in interpreting data when only a small number of responses are available. In such cases, readers are advised to "group" categories together where possible. Findings should be considered and used only in their entirety to avoid misconstruing the meaning of individual exhibits within this report.

Please note that figures in the following tables and charts round to the nearest integer. Therefore, numbers below .5 are displayed as "0". Also, please note that due to rounding, combined numbers will not always equal the sum of their constituent parts. Blank cells within a chart indicate a true absence of data.

Results from "select-all-that-apply" questions show the percentage of respondents who selected a given response. Therefore, these results will nearly always sum to more than 100%.

In some charts showing results of a question by demographic groups, each group's color is determined by the group's response, with more positive totals in increasing shades of blue or green and more negative totals in increasing shades of red.

## Representativeness of the Sample

The firm's office location, size of the firm, and age and gender of individual respondents largely resemble the overall active NHBA membership, allowing inference from survey results to the total population of NHBA attorneys. Out-of-state attorneys responded at a significantly lower rate than New Hampshire-based attorneys, while attorneys at firms with twenty or more attorneys responded at somewhat higher rates than those working in firms with fewer than twenty attorneys.

Figure 1: Distribution of Survey Respondents (N=1,405) and Overall NHBA Membership (N=5,751)



| Category | Group | Respondents | All NHBA Members | Response Rate |
|---|---|---|---|---|
| OVERALL | OVERALL | 24.4% (N=1,405) | 100.0% (N=5,751) | 24% |
| County | Belknap | 3.0% (N=41) | 2.1% (N=120) | 34% |
| | Carroll | 1.9% (N=26) | 1.4% (N=79) | 33% |
| | Cheshire | 2.1% (N=29) | 1.7% (N=95) | 31% |
| | Coos | 0.6% (N=8) | 0.3% (N=17) | 47% |
| | Grafton | 4.0% (N=54) | 3.0% (N=171) | 32% |
| | Hillsborough | 22.6% (N=306) | 20.3% (N=1,158) | 26% |
| | Merrimack | 20.1% (N=273) | 16.5% (N=945) | 29% |
| | Rockingham | 11.2% (N=152) | 11.7% (N=666) | 23% |
| | Strafford | 3.7% (N=50) | 2.9% (N=167) | 30% |
| | Sullivan | 1.0% (N=14) | 0.9% (N=50) | 28% |
| | Out-of-State | 29.7% (N=403) | 39.3% (N=2,248) | 18% |
| Size of Firm (# of attorneys) | 1 attorney | 29.3% (N=249) | 33.9% (N=1,121) | 22% |
| | 2-4 attorneys | 25.8% (N=219) | 25.0% (N=828) | 26% |
| | 5-9 attorneys | 15.4% (N=131) | 15.9% (N=527) | 25% |
| | 10-29 attorneys | 11.7% (N=99) | 13.7% (N=452) | 22% |
| | 30-59 attorneys | 8.2% (N=70) | 4.4% (N=144) | 49% |
| | More than 60 attorneys | 9.5% (N=81) | 7.2% (N=238) | 34% |
| Age & Gender | Men, 24-30 | 2.6% (N=35) | 1.7% (N=99) | 35% |
| | Men, 31-40 | 9.6% (N=129) | 10.6% (N=605) | 21% |
| | Men, 41-50 | 9.7% (N=131) | 11.8% (N=673) | 19% |
| | Men, 51-60 | 13.5% (N=181) | 15.4% (N=882) | 21% |
| | Men, 61-70 | 15.4% (N=207) | 16.0% (N=913) | 23% |
| | Men, 71+ | 7.6% (N=102) | 7.8% (N=445) | 23% |
| | Women, 24-30 | 4.5% (N=60) | 2.7% (N=153) | 39% |
| | Women, 31-40 | 9.5% (N=128) | 8.8% (N=505) | 25% |
| | Women, 41-50 | 9.4% (N=127) | 8.8% (N=500) | 25% |
| | Women, 51-60 | 11.1% (N=149) | 9.5% (N=541) | 28% |
| | Women, 61-70 | 6.2% (N=83) | 5.8% (N=331) | 25% |
| | Women, 71+ | 0.9% (N=12) | 1.1% (N=65) | 18% |



Figure 48a: What is your standard hourly rate? (N=1,106)

Among respondents who charge on an hourly basis, slightly more than half have a standard hourly rate of $300 or more. About one in five respondents have a standard hourly rate of $250-$299. One-quarter of respondents don't charge on an hourly basis.



Figure 48b: Standard hourly rate of $300 or more - (Don't charge on an hourly basis excluded) - by Demographics (N=831)

Among those who have a standard hourly rate (N=831), men aged 31-70 are slightly more likely than women in the same age groups to say their standard hourly rate is $300 or more, while men aged seventy-one and older are twice as likely as women of the same age to have a standard hourly rate of $300 or more.

Men and women who work as partners are about equally likely to say that their standard hourly rate is $300 or more, but among managing partners, men are a good deal more likely than women to say their standard hourly rate is $300 or more. Among associates, women are somewhat more likely to have a standard hourly rate of $300 or more. Among solo practitioners, men are somewhat more likely to have a standard hourly rate of $300 or more.

Figure 49a: How often do you or your firm adjust your hourly rates? (N=766)



Figure 49b: How often do you or your firm adjust your hourly rates? - by Demographics (N=766)



Respondents indicate that firms and employers with larger numbers of attorneys are more likely to adjust their hourly rates annually or more often.

Nearly half of partners and associates say their firm adjusts their hourly rates annually or more often while most managing partners and solo practitioners say their rates are adjusted less often than annually. Solo practitioners are more likely to say their rates vary depending on the type of work.

Figure 50a: Does your firm or employer charge clients for the services rendered by legal assistants and paralegals? (N=1,255)



Among those who practiced law in 2021, respondents are almost evenly divided as to whether or not their firm or employer charges clients for the services rendered by legal assistants and paralegals. About one in ten don't know or are unsure.

Figure 50b: Firm or employer charges clients for services rendered by legal assistants and paralegals - (Don't know/Not sure excluded) - by Demographics (N=1,118)



More than three-quarters of respondents who work as associates, partners, and managing partners say that their firm or employer charges clients for services rendered by legal assistants and paralegals, but few solo practitioners say the same. Similarly, about one-third of respondents whose practice has only one attorney say they charge clients for these services, but most with two or more attorneys do so. Nearly two-thirds of those who work in private practice say their firm charges for these services but few who work as a corporate or in-house counsel, in government, or for an NGO or nonprofit say the same.

Figure 51a: How much on average does your firm or employer charge per hour for services rendered by legal assistants and paralegals? (N=486)



A plurality of respondents (43%) charge $100-$149 per hour for services rendered by legal assistants and paralegals.

Figure 51b: Firm or employer charges $150 or more per hour for services rendered by legal assistants and paralegals - (Don't know/Not sure excluded) - by Demographics (N=486)



Partners and associates are more likely than solo practitioners and managing partners to say their firm charges $150 or more for services rendered by legal assistants and paralegals. Respondents indicate that practices with a larger number of attorneys are more likely to charge this much.