# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Conservation Law Foundation, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-00996-PB |
| SCOTT MASON, in his official capacity as Executive Director of the New Hampshire Fish and Game Department, *et al.*, | ) |
| Defendants. | ) |

**DECLARATION OF CHELSEA KENDALL IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS OF LITIGATION**

1. I am a Staff Attorney in Conservation Law Foundation, Inc.'s ("CLF") Clean Air and Water Program.

2. I am a member in good standing of the Massachusetts Bar, and I am admitted to practice in the United States District Court of Massachusetts. I graduated with honors from the University of Chicago Law School in 2019, and I began working at CLF as a Legal Fellow immediately thereafter. In 2020, I was promoted to the title of Associate Attorney, and in 2022, I became a Staff Attorney.

3. From June through August 2018, I worked as a legal intern with CLF's Clean Air and Water Program. At the time of my internship, I had a year of Clean Water Act enforcement litigation experience from my work in the University of Chicago Law School's Abrams Environmental Law Clinic. At the clinic, I worked on a citizen suit against U. S. Steel over violations of the Clean Water Act.

1

4.	During my internship with CLF, I completed substantive drafting and research projects (including drafting the Notice Letter and Complaint) which would normally have been assigned to a staff attorney.

5.	I have expended a total of 738.4 hours working on this case since its initial research phase in 2018. I have exercised billing discretion as described in the Declaration of Heather A. Govern and not included a portion of my hours.

6.	I have reviewed contemporaneously generated time- and date-stamped emails, calendar entries, docket entries, and contemporaneous recordkeeping to conservatively assess time I spent on matters in this case, as documented in Exhibit 7. The 738.4 hours documented in Exhibit 7 do not represent the entirety of the time I spent on this case or all of the tasks in which I engaged.

7.	In light of my experience and expertise, a reasonable rate for my services is $140 per hour for my work as a legal intern in 2018 and, for my work as an associate-level attorney, $190 per hour in 2019, $200 per hour in 2020-2021, and $210 per hour in 2022. Accordingly, I am requesting a total of $139,919 for my legal services.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2022

                */s/ Chelsea E. Kendall*
                Chelsea E. Kendall, Esq.