# Exhibit 6

EXHIBIT 6

## CLF v. Scott Mason, et al.

## FEES AND COSTS SUMMARY
Submitted in Support of Plaintiff's Motion for Attorney's Fees

## FEE SUMMARY

| NAME | TITLE | RATE 2018-2019 | HOURS 2018-2019 | RATE 2020-2021 | HOURS 2020-2021 | RATE 2022 | HOURS 2022 | TOTAL FEES 2018-2022 |
|---|---|---|---|---|---|---|---|---|
| Thomas Irwin | Vice President and New Hampshire Director | $ 365 | 76.9 | $ 375 | 67.8 | $ 385 | 22.7 | $ 62,233 |
| Heather Govern | Vice President and Director, Clean Air and Water Program | $ 365 | 211.8 | $ 375 | 188.7 | $ 385 | 33.7 | $ 161,044 |
| Rohemir Ramirez | Staff Attorney | $ 265 | 178.8 | | | | | $ 47,382 |
| Kenta Tsuda | Staff Attorney | $ 265 | 62.5 | $ 275 | 312.6 | | | $ 102,528 |
| Caitlin Peale Sloan | Staff Attorney (now Vice President and Massachusetts Director) | $ 265 | 6.1 | | | | | $ 1,617 |
| Chelsea Kendall | Associate Attorney | $ 190 | 310.7 | $ 200 | 224.7 | $ 210 | 91.6 | $ 123,209 |
| | Legal Intern | $ 150 | 111.4 | | | | | $ 16,710 |
| Rachel Sinsheimer | Paralegal | $ 140 | 18.7 | | | | | $ 2,618 |
| Alex Charnov | Paralegal | $ 140 | 80.2 | $ 150 | 5 | | | $ 11,978 |
| Esther Ritchin | Paralegal | | | $ 150 | 36.8 | $ 160 | 7.1 | $ 6,656 |
| Ethan Hsi | Paralegal | | | | | $ 160 | 17.5 | $ 2,800 |
| TOTAL | | | | | | | | $ 538,774 |

**EXHIBIT 6**

## COST SUMMARY

| Expense Category | Cost |
|:---:|:---:|
| **Expert Fees** | $33,563.28 |
| **Depositions** | $2,821.19 |
| **Other** | $1,081.52 |
| **TOTAL** | **$37,465.99** |