# Exhibit 8

Exhibit 8

## CLF v. Scott Mason, et al.

## COSTS OF LITIGATION

Submitted in Support of Plaintiff's Motion for Attorney's Fees and Costs of Litigation

| **EXPERTS COSTS** | | | |
|---|---|---|---|
| **Expert** | **Invoice Date** | **Expense** | **Cost** |
| Dr. Jack Rensel | 9/3/2019 | Fees, July-August 2019, for document review, telephone conferences, research, report drafting | $ 8,857.50 |
| Dr. Jack Rensel | 9/30/2019 | Fees, October 2019, for consultation, deposition travel costs, report revision | $ 11,518.45 |
| Dr. Jack Rensel | 10/15/2019 | Meal during deposition preparation | $ 9.85 |
| Dr. Wane Schneiter | 1/3/2020 | Fees, January 2020, for consultation, report preparation, deposition and site visit travel | $ 11,777.48 |
| Dr. Kenneth Wagner | 2/27/2020 | Fees, February 2020, for consultation, document review, memo drafting | $ 1,400.00 |
| | | **TOTAL** | $ 33,563.28 |

Exhibit 8

| DEPOSITION COSTS | | | |
|---|---|---|---|
| **Deponent** | **Date** | **Expense** | **Cost** |
| Jason Smith | 9/26/2019 | Transcription services | $ 986.11 |
| Jason Smith | 9/20/2019 | Mileage - Attorney Govern travel to and from Concord, NH from Boston, MA | $ 70.74 |
| Matt Pehrson | 9/24/2019 | Mileage - Attorney Govern travel to and from Concord, NH from Boston, MA | $ 70.74 |
| Matt Pehrson | 9/24/2019 | Parking in Concord, NH | $ 4.00 |
| Matt Pehrson | 10/1/2019 | Pehrson 9/24/2019 deposition transcription services | $ 630.35 |
| Matt Pehrson | 10/1/2019 | Mileage - Attorney Govern travel to and from Concord, NH from Boston, MA | $ 75.98 |
| Matt Pehrson | 10/1/2019 | Parking in Concord, NH | $ 3.00 |
| Matt Pehrson | 11/13/2019 | Mileage - Attorney Govern travel to and from Concord, NH from Boston, MA | $ 75.98 |
| Matt Pehrson | 11/22/2019 | Pehrson 11/13/2019 deposition transcription services | $ 416.35 |
| Glenn Normandeau | 10/14/2019 | Normandeau 10/4/2019 deposition transcription services | $ 425.70 |
| Glenn Normandeau | 11/1/2019 | Car rental for travel to and from Concord, NH from Boston, MA | $ 62.24 |
| | | **TOTAL** | **$2,821.19** |

Exhibit 8

| OTHER COSTS | | | | |
|---|---|---|---|---|
| Date | Category | Description | Paid To | Cost |
| 7/31/2018 | Investigation | Check to U.S. EPA for records request | U.S. EPA | $ 35.00 |
| 8/31/2018 | Investigation | Check to U.S. EPA for records request | U.S. EPA | $ 35.00 |
| 10/31/2018 | Filing Fee | New case/complaint | United States District Court for the District of New Hampshire | $ 400.00 |
| 1/14/2019 | Filing Fee | Pro hac vice filing (Govern) | United States District Court of New Hampshire | $ 100.00 |
| 2/26/2019 | Filing Fee | Pro hac vice filing (Ramirez-Ballagas) | United States District Court of New Hampshire | $ 100.00 |
| 4/10/2019 | Mailing | Mailing documents | Boston Devonshire Pkg Boston MA | $ 33.00 |
| 4/10/2019 | Mailing | Service mailings | Internal reimbursement | $ 26.40 |
| 9/24/2019 | Travel | Parking in Concord, NH during site visit | Internal reimbursement | $ 5.90 |
| 10/8/2019 | Travel | Mileage driving to Motion to Dismiss hearing and deposition preparation in Concord, NH | Internal reimbursement | $ 75.98 |
| 10/8/2019 | Travel | Parking in Concord, NH | Internal reimbursement | $ 3.00 |
| 10/8/2019 | Travel | Parking in Concord, NH | Internal reimbursement | $ 3.00 |
| 11/26/2019 | Filing Fee | Pro hac vice filing (Tsuda and Kendall) | United States District Court of New Hampshire | $ 200.00 |
| 12/5/2019 | Travel | Car rental for travel to and from Concord, NH from Boston, MA | Enterprise Rent-A-Car | $ 64.24 |
| | | | Total: | $ 1,081.52 |