Exhibit 10

| Docket # | Title | Date | Total Pages | Phosphorus Claim (Direct) | Phosphorus Claim (Indirect) | pH Claim | Formaldehyde Claim | Sovereign Immunity | Other | Specify Other | Fees* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1 | NOI | 8/2/2018 | 14 | 7 | | 0.5 | 0.5 | | 6 | Background, permit, BMPs, Cleaning Water | 12596.6 |
| 1 | Compl. | 10/31/2018 | 26 | 9 | | 3 | 3 | | 11 | Cleaning Water, BMPs, standing, background | 16156.5 |
| 11 | Mot. to Amend Compl. and Am. Compl. | 3/4/2019 | 30 | 10 | 0.5 | 3 | 3 | | 13.5 | Cleaning Water, BMPs, background, defendant change | 2043 |
| 12-1 | Obj. to Mot. Dismiss | 3/7/2019 | 16 | | | 3 | | 11 | 2 | Cleaning Water | 11982 |
| 19-1 | Reply to Def.'s Obj. to Mot. to Amend | 3/22/2019 | 5 | 4 | 1 | | | | | | 790.5 |
| 28-1 | Obj. to 2nd Mot. to Dismiss | 7/24/2019 | 6 | 1 | 2 | 2 | | 1 | | | 6448 |
| 32 | Surreply to 2nd Mot. to Dismiss | 8/19/2019 | 5 | | 5 | | | | | | 4261.5 |
| 37 | Suppl. Auth. for Obj. to 2nd Mot. to Dismiss | 9/25/2019 | 2 | | 2 | | | | | | 3490.5 |
| 42 | Mot. to Excl. Pehrson | 11/27/2019 | 8 | 5 | | | 1.5 | | 1.5 | Pehrson's irrelevant expertise | 4257.5 |
| 47-1 | Pl.'s Mot. for Summ. J. | 12/3/2019 | 22 | 12.25 | 0.25 | 2.5 | 2.25 | | 4.75 | TSS, BMPs, standing | 24587.5 |
| 55 | Reply to Obj. to Mot. to Exclude Pehrson | 1/4/2020 | 4 | | | | | | 4 | Pehrson's irrelevant expertise | 5998 |
| 56-1 | Obj. to Def.'s 1st Mot. for Summ. J. | 1/7/2020 | 25 | 8 | 3.5 | | 4 | | 9.5 | Cleaning Water, BMPs, interim cleaning system | 19277.5 |
| 58 | Reply to Obj. to Pl.'s 1st Mot. for Summ. J. | 1/10/2020 | 10 | 5 | | 1.5 | 1.5 | | 2 | Materiality of draft NPDES permit, Cleaning Water, BMPs | 7780 |
| 59 | Surreply to Pl.'s 1st Mot. for Summ. J. | 1/15/2020 | 4 | 4 | 0 | | | | | | 2332.5 |
| 66 | Memo re: Maui | 4/20/2020 | 5 | | 5 | | | | | | 5800 |
| 67 | Mot. for Clarification | 4/27/2020 | 2 | 2 | | | | | | | 4450 |
| 75 | Consolidated Memo for 2nd Mot. for Summ. J. | 6/16/2020 | 41 | 25.5 | 4.5 | 2 | 2.5 | | 6.5 | BMPs, Cleaning Water, standing | 14465 |
| 80 | Consolidated Reply | 7/7/2020 | 16 | 3 | 4 | 0.5 | 3.5 | | 5 | Cleaning Water, BMPs, sua sponte stay | 13605 |
| 88-1 | Motion in Limine to Excl. Pehrson | 10/9/2020 | 9 | 9 | | | | | | | 3255 |
| 95-1 | Obj. to 3rd Mot. to Dismiss | 11/18/2020 | 11 | 9 | | | | | 2 | BMPs, Cleaning Water | 8767.5 |
| 97 | Surreply to 3rd Mot. to Dismiss | 12/7/2020 | 5 | 5 | | | | | | | 4350 |
| 99 | 2nd Am. Compl. | 2/10/2021 | 35 | 20 | | 5 | | | 10 | BMPs, Cleaning Water, standing, background | 2975 |
| 100 | 3rd Mot. for Summ. J. | 2/19/2021 | 11 | 11 | | | | | | | 4180 |
| 105 | Obj. to 4th Mot. to Dismiss | 3/9/2021 | 15 | 15 | | | | | | | 11292.5 |
| 110 | Reply to Obj. to 3rd Mot. for Summ. J. | 3/29/2021 | 7 | 7 | | | | | | | 1755 |
| | Total Pages | | 334 | 171.75 | 27.75 | 23 | 21.75 | 12 | 77.75 | Total Fees | 196896.6 |
| | % of Total Pages | | | 51.42% | 8.31% | 6.89% | 6.51% | 3.59% | 23.28% | *calculated by attorneys' hourly rates per brief, according to hours | |
| | Fees by Category | $196,896.60 | | $101,248.48 | $16,358.92 | $13,558.75 | $12,821.86 | $7,074.13 | $45,834.46 | listed in Docket No. 131-8 | |