IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CONSERVATION LAW FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MASON, in his official capacity as EXECUTIVE DIRECTOR of the NEW HAMPSHIRE FISH AND GAME DEPARTMENT; and JOHN CAVENEY, PAUL DEBOW, ALBERT J. DEROSA, RAY GREEN, CHRISTOPHER HODGDON, MEGGAN HODGSON, MARC LACHANCE, PAUL G. MCINNIS, SUSAN PRICE, ERIC G. STOHL, and BRUCE TEMPLE, in their official capacities as the COMMISSIONERS of the NEW HAMPSHIRE FISH AND GAME COMMISSION,<br><br>Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>STATE OF NEW HAMPSHIRE; and NEW HAMPSHIRE FISH AND GAME DEPARTMENT,<br><br>Defendants. | **Civil No. 1:18-cv-00996-PB** |

**NOTICE OF LODGING OF PROPOSED MODIFIED CONSENT DECREE**

The United States hereby lodges the attached proposed Modified Consent Decree ("Decree") for public notice and comment, under 28 C.F.R. § 50.7 and Paragraph 67 of the proposed Decree. If entered, the Decree would modify the consent decree entered by the Court

on November 17, 2022 (Dkt. No. 130), in accordance with Section XVI (entitled "Modification") of the original Decree.

The original Decree resolved the claims in the complaint filed by Plaintiff Conservation Law Foundation ("CLF") against Defendants New Hampshire Fish and Game Department ("NHF&G"), the Executive Director of NHF&G, and Commissioners of the New Hampshire Fish and Game Commission (Dkt. No. 1), and the claims in the complaint filed by Plaintiff-Intervenor United States against Defendants State of New Hampshire and NHF&G (Dkt. No. 127), subject to certain reservations of rights.  The modified Decree retains most of the original Decree's provisions, including the requirement that NHF&G achieve compliance with the Clean Water Act and its National Pollutant Discharge Elimination System ("NPDES") permit by the end of 2025, but allows NHF&G to do so through means other than those required under the original decree, based on a study showing that such other means could be more technically feasible and cost effective.  All parties to the original Decree have executed the modified Decree.

In accordance with 28 C.F.R. § 50.7, Paragraph 67 of the Decree requires the United States to lodge the proposed Decree with the Court for a period of at least 30 days to provide the public with notice and an opportunity to comment on the proposed Decree, before the United States determines whether to move the Court for entry of the Decree and before the Court acts on any such motion.  The United States plans to publish a notice to the public of the Decree's lodging in the *Federal Register*, which we expect will occur within approximately 10 business days of the filing of the above-captioned Notice with the Court.  Upon expiration of the 30-day comment period, under Paragraph 67 of the Decree and 28 C.F.R. § 50.7, the United States will review any comments timely submitted and determine whether they disclose facts or considerations indicating that the proposed Decree is inappropriate, improper, or inadequate.

If not, the United States plans to file a motion to enter the modified Decree as a final judgment. All other parties have consented to entry of the modified Decree without further notice.

To allow time for the 30-day public comment period and for the United States to review any comments and determine whether to move for entry of the proposed modified Decree, the United States respectfully requests that the Court **take no action regarding the proposed Decree, unless and until the public comment period ends and the United States moves for entry of the Decree or otherwise advises the Court**.

      Respectfully Submitted,

      TODD KIM
      Assistant Attorney General
      Environment and Natural Resources Division
      U.S. Department of Justice

Dated: December 29, 2023      /s/ David Laufman Weigert
      DAVID LAUFMAN WEIGERT
      Senior Counsel
      Environmental Enforcement Section
      Environment and Natural Resources Division
      U.S. Department of Justice
      P.O. Box 7611
      Washington, DC 20044-7611
      (202) 514-0133
      david.weigert@usdoj.gov

OF COUNSEL:

TONIA BANDROWICZ
Senior Enforcement Counsel
MICHAEL KNAPP
Senior Enforcement Counsel
U.S. Environmental Protection Agency, Region 1
5 Post Office Square
Boston, MA 02109